Exhibit 2

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| GTY TECHNOLOGY HOLDINGS, INC., d/b/a EUNA SOLUTIONS and CITYBASE, INC.<br>Plaintiffs,<br>v.<br>WONDERWARE, INC. (d/b/a CORE BUSINESS TECHNOLOGIES), MICHAEL DUFFY, and CHRISTOPHER LEWIS,<br>Defendants. | Case No. 2024 CH 04952<br><br>Hon. Cecilia Horan |

## AGREED ORDER

This matter coming to be heard on Plaintiffs' Petition for TRO, the Parties appearing through Counsel, and the Court being advised in the premises, and the Parties have agreed as follows:

**IT IS HEREBY ORDERED THAT:**

1. The Parties have entered into the agreements memorialized in this Order as a compromise. Nothing herein shall constitute a concession by any Party as to the Court's jurisdiction or an admission that any factual assertion by any other Party is true.

2. By agreement, counsel to Defendant Lewis will gather any and all electronic or paper copies or versions in Lewis's possession, custody, or control of the documents titled: (a) CityBase OneCity Solution Selling.xlxs (the "Excel") and (b) GTM Draft 1.pptx (the "Deck") (and all iterations, versions, and variations of same that used either the Excel or the Deck as a source); Lewis's counsel will retain sole possession of those documents for purposes of this litigation.

3. By agreement, Defendant Lewis will destroy any and all paper copies of the Deck and the Excel (with the exception of the copy of each document provided by Plaintiffs to Defendant Lewis for purposes of this litigation (the "Lewis Copies")) in his possession, custody, or control.

4. By agreement, Defendant Lewis will not accept or maintain possession, custody, or control of any copies of the Deck or Excel except the Lewis Copies.

5. By agreement, Defendant Michael Duffy represents that (with the exception of the copy of each document provided by Plaintiffs to Defendant Duffy for purposes of this litigation (the "Duffy Copies")) does not have possession, custody, or control over any electronic or paper copies of the Excel or the Deck, and he will not accept or maintain possession, custody, or control of any copies of the Deck or Excel except the Duffy Copies.

6. By agreement, Defendant CORE represents that it does not have possession, custody, or control over any electronic or paper copies of the Excel or the Deck, and it will not accept or maintain possession, custody, or control of any copies of the Deck or Excel.

7. Defendants agree not to make any use of the Deck as a source of information for any

purpose, other than this litigation.

8. The Parties agree that Defendants may make use of the first two tabs of the Excel (pages 1-5) of Ex. 5 to the Amburgey Declaration and attached hereto as Exhibit A (provided that the name "CityBase" is removed from these pages and no Euna or CityBase information populates the cells of the first two tabs of the Excel).

9. Defendants agree to make no use of the following portions of the Excel: (a) the list of "target market cities" on pages 22 to 26; (b) the list of "Euna Leads" on pages 27 to 29; and (c) the list of "Acquisition Targets" on page 135.

10. As to any information in Excel, not covered by Paragraphs 8 and 9, the Defendants agree not to utilize the Excel as a source of information for any purpose, other than this litigation.

11. The Agreement reflected by this Order is limited to the Excel and the Deck. Nothing herein shall create any new or additional rights, obligations, limitations, or permissions on, or for, any party with respect to any material other than the Excel and the Deck and each party otherwise reserves all, and does not waive any, other applicable rights.

ENTER:

/s/ *Cecilia A. Horan*   Judge No. 2186

Meeting ID: 956 5899 1093
Password: 129359
Dial-in: 312-626-6799

Judge Cecilia A. Horan
JUL 10 2024
Circuit Court - 2186

Order Prepared by:

Lynch Thompson LLP (#60040)
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
312-346-1600/312-667-9231 (fax)
docketing@lynchthompson.com
*Attorneys for Defs. CORE and Duffy*

# EXHIBIT A

Solution Selling

# CITYBASE

Sales Process and Accountability

| Connect | | | | | |
|---|---|---|---|---|---|
| | | | Confidence | Responsibility | Support |
| G | | Qualify Vertical Market | 0% | SL | |
| A | | County | | SL | |
| A | | Municipal | | SL | |
| A | | Utility | | | |
| A | | Other | | SL | |
| G | | Research Oppotunity Organization | 0% | SL | |
| A | | Conduct Research | | SL | |
| T | | One Page Plan | | SL | |
| T | | Internet Research | | SL | |
| T | | Municipal/County/Utility Contracts | | SL | |
| A | | Competitive Review | | SL | |
| A | | Annual Report - Key Points | | SL | |
| G | | Connect | 0% | SL | |
| A | | Determine relationship status | | SL | |
| A | | Active contact strategy | | SL | |
| T | | First Meeting Open Questions | | SL | |
| T | | Build an Engagement Checklist | | SL | |
| A | | Passive contact strategy | | SL | |
| T | | First Contact Email Script | | SL | |
| T | | Company Positioning Statement | | SL | |
| T | | OneCity Introduction | | SL | |
| T | | Marketing Piece | | SL | MM |
| T | | Case Study 1 | | SL | MM |
| T | | Case Study 2 | | SL | MM |
| T | | Case Study 3 | | SL | MM |
| G | | Is there opportunity in next 12 months? | 0% | SL | |
| A | | Complete Questionnaire | | SL | |
| T | | Opportunity Score | | SL | |
| G | | Determine Go/No-Go Status | 5% | SL | EX |
| A | | Go/No Go on Opportunity Score | | SL | EX |
| | | **Total for Phase:** | **5%** | | |

Legend:
G=Goal
A=Activity
T=Tool
SL - Sales Lead
MM - Marketing
VE - Vertical Expert
PM PD - Partner Developer
EX - Executive

| Align | | | | | |
|---|---|---|---|---|---|
| | | | Confidence | Responsibility | Support |
| G | | Identify Key Players | 0% | SL | |
| A | | Identify Financial Influencers by Agency | | SL | |
| A | | Identify Business Influencers by Agency | | SL | |
| A | | Identify IT Influencers by Agency | | SL | |
| A | | Identify Information Gatekeepers by Agency | | SL | |
| A | | Identify Ultimate Decision Maker by Agency | | SL | |
| G | | Identify an Inside Supporter or Change Agent | 5% | SL | |
| A | | Find Strong Personal Motivation | | SL | |
| G | | Understand Decision Drivers | 5% | SL | VE |
| A | | Organization CSFs (Critical Success Factors) | | SL | VE |
| A | | Citizen Point of View | | SL | VE |
| A | | Agency Point of View | | SL | VE |
| G | | Introduce Provactive Business Pain Points | 0% | SL | VE |
| A | | Industry Hot Topics | | SL | VE |
| A | | Unforseen or Unknown risks | | SL | VE |
| A | | Regional Trends or Topics of Concern | | SL | VE |
| G | | Understand Formal Decision Criteria | 0% | SL | |
| A | | Is it a formal tender? Does there need to be one? | | SL | |
| A | | Is there a grading system? | | SL | |
| A | | Financial/Technical/Business Weighting | | SL | |
| A | | Response times and presentations? | | SL | |
| A | | Is there a co-op o rpiggyback opportunity? | | | |
| G | | Understand Informal Decision Criteria | 5% | SL | |
| A | | What must the solution address? | | SL | |
| A | | What would be nice for the solution to be? | | SL | |
| A | | What would close the deal? | | SL | |
| G | | Initial Customer Demonstration | 5% | SL | VE |

Legend:
G=Goal
A=Activity
T=Tool
SL - Sales Lead
MM - Marketing
VE - Vertical Expert
PM PD - Partner Developer
EX - Executive

| | | | | |
|---|---|---|---|---|
| A | Focus on functional capabilities | | SL | VE |
| A | Ensure information for all stakeholder groups | | SL | VE |
| A | Book next consultative meeting | | SL | VE |
| | **Total for Phase:** | 20% | | |

| Consult | | | | |
|---|---|---|---|---|
| | | **Confidence** | **Responsibility** | **Support** |
| G | **Initiate Collaboration/Share Information** | 5% | SL | |
| A | Government Strategy/Initiatives | | SL | |
| A | 12-36 Month Plans | | SL | |
| A | KPI/Scorecard Metrics | | SL | |
| A | Targets | | SL | |
| A | Budgets | | SL | |
| A | Agency Metrics | | SL | |
| G | **Understand User Pain Compared to Product Value** | 5% | SE | VE |
| A | Biggest Threat | | SE | VE |
| A | Unknown Risks | | SE | VE |
| A | Quantify Pain | | SE | VE |
| G | **Prioritize Agency Drivers** | 0% | SL | |
| A | Must Meets | | SL | |
| A | Nice to Meet | | SL | |
| A | Stretch Objectives | | SL | |
| G | **Understand Time/Budget Constraints** | 5% | SL | |
| A | Pain/Priority Timing | | SL | |
| A | Pain/Priority Budget | | SL | |
| A | Pain/Priority Quality | | SL | |
| A | Time/Budget/Quality Triangle | | SL | |
| G | **Understand Competitive Environment** | 0% | SL | MM |
| A | Current Solution | | SL | MM |
| A | Other probable competitors | | SL | MM |
| A | Do Nothing Option | | SL | MM |
| A | Competitor SWOT | | SL | MM |
| G | **Create Solution for Business Pain and Drivers** | 5% | SL | VE |
| A | Internal SWOT | | SL | VE |
| A | Solution from Customer Point of View | | SL | VE |
| A | Quantified Value | | SL | VE |
| A | Stretch Metrics Defining Value | | SL | VE |
| A | Counter Competitive Value | | SL | VE |
| G | **Define Unique Business Advantage** | 0% | SL | VE |
| A | Create UBA Statement | | SL | VE |
| G | **Internal Solution Octogon** | 5% | VP | EX |
| A | Group Opportunity Session | | VP | EX |
| | **Total for Phase:** | 25% | | |

Legend:
G=Goal
A=Activity
T=Tool
SL - Sales Lead
MM - Marketing
VE - Vertical Expert
PM PD - Partner Developer
EX - Executive

| Commit | | | | |
|---|---|---|---|---|
| | | **Confidence** | **Responsibility** | **Support** |
| G | **Determine Sales Strategy** | 5% | SL | |
| A | Is there a distinct advantage? | | SL | VE |
| A | Is there a portion of the business we can win? | | SL | |
| A | Is there an established vendor/partner? | | SL | PD |
| A | Are there rules we can impact/change? | | SL | VE/EX |
| G | **Create Proposal for Selected Strategy** | 0% | SL | |
| A | Choose Proposal Strategy | | SL | VE/EX |
| T | Full Frontal Strategy | | SL | |
| T | Wedge Strategy | | SL | |
| T | Peaceful Co-Existence Strategy | | SL | |
| T | Flanking Strategy | | SL | |
| A | Implementation Coordination | | SL | VE |
| A | Implementation Pricing - if applicable | | SL | EX |
| A | Payments Pricng | | SL | EX |
| A | Subscription Pricing | | SL | EX |
| G | **Present Proposal as Solution** | 5% | SL | VE |
| A | Set Presentation Time and Guidelines | | SL | |
| A | Test Presentation/Demo Internally | | VE | SL |
| T | Demo | | VE | SL |
| T | Presentation Template | | VE | SL |
| A | Present Full Solution Adressing All Points | | VE | SL |

Legend:
G=Goal
A=Activity
T=Tool
SL - Sales Lead
MM - Marketing
VE - Vertical Expert
PM PD - Partner Developer
EX - Executive

Solution Selling

| | | | | |
|---|---|---|---|---|
| T | Presentation Checklist | | VE | |
| G | **Obtain Approval Solution Meets Needs** | 5% | SL | |
| A | Ask Questions | | SL | |
| T | Open Ended Question List | | SL | EX |
| A | Overcome Objections | | SL | EX |
| A | Ask for Business | | SL | EX |
| G | **Define Terms of Negotiation** | 0% | SL | |
| A | Present Contract Template | | SL | |
| A | Ask for Terms from Client | | SL | |
| G | **Negotiate** | 5% | SL | EX |
| A | Reprice based on approved Ts and Cs | | EX | |
| A | KPIs | | EX | |
| A | Penalties & Rewards | | EX | |
| G | **Obtain Verbal Commitment** | 10% | SL | |
| A | Ask for Commitment | | SL | |
| | Total for Phase: | 30% | | |

Solution Selling

| Close | | | | | |
|---|---|---|---|---|---|
| 28 Days | | Confidence | Responsibility | Support | |
| G | Draft Agreements | 0% | EX | | |
| T | Modified Contract Template | | EX | | |
| G | Present Agreements | 5% | SL | | |
| G | Execute Agreements | 5% | EX | | |
| G | Transition to Implementation Team | 0% | SL | PM | |
| T | Implementation Transition Checklist | | PM | | |
| G | Implementation Process Definition | 0% | PM | | |
| G | Final Check and Feedback | 5% | SL | | |
| | Total for Phase: | 15% | | | |

Legend:
G=Goal
A=Activity
T=Tool
SL - Sales Lead
MM - Marketing
VE - Vertical Expert
PM PD - Partner Developer
EX - Executive

One_Page Plan

# CITYBASE

| Account Name: | | Primary Contact: | Current Account Status (1-10): |
|---|---|---|---|
| Products/Services: | | Fiscal Year End: | Opportunity Revenue: |
| Date: | | Rep: | Partner (If Applicable): |
| Opportunity Quick ✓ | | Prospect Info | Strengths/Weaknesses |
| 1-Yes 0-Unknown -1-No | | Location: | Strengths |
| | Score | Years in Business: | 1 |
| Is there opportunity? | 0 | Vertical (Muni/State/Other): | 2 |
| Is there a project or defined need? | | CEO/GM/Leader: | 3 |
| Are they in one of our verticals? | | Company Description: | Weaknesses |
| Is there a budget? | | Mission: | 1 |
| Are they financially sound? | | Bills per Month: | 2 |
| Is there a compelling event? | | Annual Revenue: | 3 |
| Do they have project resources available? | | Recognition: | Competition |
| Can we compete? | 0 | Current Vendors of Note: | *Remember do nothing is a competing option |
| Do we know the decision criteria? | | Client Critical Success Factors (Customer Point of View) | 1 |
| Do we have a solution? | | What will make this a great year/project? | 2 |
| Do we have available resources? | | 1 | 3 |
| Do we have a relationship? | | 2 | Solution Summary |
| Are we different or valuable? | | 3 | |
| Can we win? | 0 | 4 | Unique Selling Proposition/Clear statement on our value |
| Do we have inside support? | | 5 | |
| Are we credible? | | 6 | Sales Strategy (Frontal, Flanking, Wedge, Peaceful Co-Existence) |
| Is there cultural compatibility? | | 7 | |
| Do we know the informal criteria? | | Identified Opportunities | Why This Strategy? |
| Are we aligned politically? | | 1 | 1 |
| Is it worth it? | 0 | 2 | 2 |
| Meet revenue targets? | | 3 | 3 |
| Meet profit targets? | | Relationship Map (Decision Makers/Influencers/Objectors) | Key Next Steps |
| Meet risk parameters? | | 1 | 1 |
| Is implentation cost effective? | | 2 | 2 |
| Of strategic value? | | 3 | 3 |
| | | 4 | 4 |
| Total 10 or Better Required | 0 | 5 | 5 |