Exhibit 6

Transcript of Proceedings
July 26, 2024

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

GTY TECHNOLOGY HOLDINGS,⠀⠀)
INC., d/b/a EUNA SOLUTIONS⠀⠀)
and CITYBASE, INC.,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀Plaintiffs,⠀⠀⠀) No. 24 L 04952
⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀-vs-⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀)
WONDERWARE, INC. (d/b/a⠀⠀)
CORE BUSINESS⠀⠀⠀⠀⠀)
TECHNOLOGIES), MICHAEL⠀⠀)
DUFFY and CHRISTOPHER⠀⠀⠀)
LEWIS,⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀Defendants.⠀⠀⠀)
_____)

REPORT OF REMOTE PROCEEDINGS
COOK COUNTY, ILLINOIS
July 26th, 2024
Before Honorable Cecelia Horan

REPORTED BY:
Linda A. Barger
CSR No. 084-0044442
APPEARING REMOTELY FROM COOK COUNTY, ILLINOIS

Transcript of Proceedings
July 26, 2024

```
 1   A P P E A R A N C E S:

 2    ROPES GRAY, LLP., By
      MR. TIMOTHY R. FARRELL
 3    MR. JEFFREY BUSHOFSKY
      MS. JANE McGRAW
 4    191 North Wacker Drive, 32nd Floor
      Chicago, Illinois  60606
 5    (312) 845-1200
      timothy.farrell@ropesgray.com
 6

 7        On behalf of the Plaintiff;

 8

      LYNCH THOMPSON, LLP., By
 9    MR. DANIEL LYNCH
      150 South Wacker Drive, Suite 2600
10     Chicago, Illinois  60606
      (312) 346-1600
11     dlynch@lynchthompson.com

12
          On behalf of Core Business Technologies, Inc.
13         And Michael Duffy;

14

15    CARPENTER LIPPS, LLP., By
      MR. JONATHAN CYRLUK
16    MR. STEVE MOELLER
      180 North LaSalle Street, Suite 2105
17     Chicago, Illinois 60601
      (312) 777-4300
18     cyrluk@carpenterlipps.com

19        On behalf of Christopher Lewis.

20

21    Also Present:  Mike Duffy.

22

23

24
```

Transcript of Proceedings
July 26, 2024

1    THE COURT:  Good morning, everybody.  I'm

2  Judge Horan.  We are here on an emergency motion in

3  the GTY case.  I assume we have a court reporter so

4  would the parties introduce themselves for the record.

5    MR. FARRELL:  Jeffrey Farrell, Jeff Bushofsky

6  and it looks like our colleague, Jane McGraw, is on as

7  well for the plaintiffs.

8    THE COURT:  Okay.

9    MR. LYNCH:  Daniel Lynch for Core and Duffy,

10  your Honor.

11    MR. CYRLUK:  Good morning, your Honor,

12  Jonathan Cyrluk and Steve Moeller on behalf of

13  Defendant Lewis.

14    THE COURT:  Okay.  Who else?  Moeller?

15    MR. CYRLUK:  Moeller, M-O-E-L-L-E-R.  I'll

16  also note that the record can reflect that Mr. Duffy

17  is also present in the Zoom room here.

18    THE COURT:  Okay, very good.

19    So I saw there is an emergency motion and the

20  complaint is that the Interrogatories, the responses

21  to the Interrogatories, are not helpful in furthering

22  discovery.  Who wants to speak to that?

23    MR. LYNCH:  So it's my motion, your Honor,

24  and I'll try and be as brief as possible, but we have

Transcript of Proceedings
July 26, 2024

1    a deadline today.  We are to submit additional written

2    discovery.  And in the conversations that led up to

3    the agreement on the order, the scheduling order that

4    the Court entered, there was to be a two-step process.

5    The first step was to have been completed by the

6    plaintiffs last Friday, and that is to answer a set of

7    Interrogatories that we had served on them before we

8    agreed on the schedule so they knew what they were.

9    The Interrogatories were a series of eight

10   Interrogatories keyed off the allegations of the

11   complaint in which they specifically alleged the

12   existence of trade secrets beyond the Excel and the

13   deck.

14          As the Court will recall we resolved the

15   issues on the so-called Excel and the so-called deck

16   by an agreed order that was entered at the TRO hearing

17   that had been scheduled.

18          So these Interrogatories were designed to get

19   at the issues to determine whether and, if so, what

20   there are additional trade secrets.  Now, at least

21   from our point of view, that information should have

22   been disclosed in the complaint but, okay, it wasn't,

23   so we said if you're alleging there are other trade

24   secrets, please tell us what they are.

Transcript of Proceedings
July 26, 2024

1        THE COURT:  Are they alleging those other

2   trade secrets were taken?

3        MR. LYNCH:  Well, that's not clear.  They do

4   say the words that they were, but it's a little tricky

5   when you're trying to unpack the complaint because the

6   complaint makes clear the allegation that the

7   defendants took Excel and the deck.  The complaint is

8   not as crystal clear that their allegation is that

9   they took other stuff.

10       THE COURT:  Does that matter?  Doesn't that

11   matter?

12       MR. LYNCH:  Of course it does, your Honor.

13       THE COURT:  Let's ask them.  Is there an

14   allegation that other trade secrets were taken besides

15   the Excel and the deck?

16       MR. FARRELL:  Your Honor, the trade secrets

17   claim, as its currently stated, is two-fold.  We know

18   that Mr. Duffy and Mr. Lewis conspired against my

19   client when they left.  We know for sure that

20   Mr. Lewis took two trade secret documents before he

21   left based on a forensic investigation.  We've done

22   some more digging.  Mr. Duffy was not subjected to the

23   same as the CEO -- was not subjected to the same

24   forensic software with respect to his accounts as Mr.

Transcript of Proceedings
July 26, 2024

1    Lewis and so, to some extent, we need discovery from

2    Mr. Duffy and his personal devices and personal

3    accounts to understand the full extent of what he has

4    and what he took.  But we have pled the inference that

5    we know they have already taken certain things.  I can

6    tell your Honor based on the limited Interrogatory

7    responses we've gotten from the defendants so far, we

8    have been able to look into some of the activities of

9    some of the other agents that have since left my

10   client that Mr. Duffy poached, and it appears they

11   have also sent information to themselves.  Maybe those

12   people were acting through Duffy.  That is something

13   we are just investigating now.  But we know all of

14   that is true.

15        We have also raised the inevitable disclosure

16   doctrine, your Honor, which says that by virtue of

17   Mr. Duffy's role at my client, he had access to

18   non-public customer lists, customer profiles, employee

19   information.  The list goes on and on, your Honor.

20   That's all in our Interrogatory responses.  Under

21   Illinois law the fact that he can't unlearn those

22   things -- and this is all outlined in our

23   Interrogatory responses -- that constitutes a theft of

24   trade secrets under Illinois law and under the

Transcript of Proceedings
July 26, 2024

1    Illinois Trade Secret statute.  So that is where we

2    are today.  But what Mr. Lynch and Mr. Cyrluk want us

3    to do is to identify every trade secret in Mr. Duffy's

4    possession.  Your Honor, we need discovery to be able

5    to do that and so they are putting the cart before the

6    horse here.  We have issues with their discovery

7    responses as well.  Your Honor, this is not an

8    emergency.  It's a discovery dispute.

9         I think I can cut to the chase here.  If the

10   real emergency that defense counsel is asserting is

11   that they can't propound discovery requests without --

12   every trade secret that Mr. Duffy has, despite the

13   fact we don't have full visibility into that, we are

14   happy to amend the schedule to allow them and us to

15   supplement our discovery requests to the extent

16   further discovery comes along that prompts the need to

17   propound more specific discovery requests.  That seems

18   like the easiest fix to me.  There is no present to

19   prejudice to either party and, frankly, your Honor, we

20   are going to need to do that too based on the

21   insufficiency of defendants' Interrogatory responses.

22   So it seems to me that is the easy fix here -- and,

23   again, your Honor's standing order says true

24   emergencies are rare.  Defense Counsel is running into

Transcript of Proceedings
July 26, 2024

1    this Court over what is a discovery dispute.  We have

2    until September 16th to file motions to compel.  So,

3    anyway, I'll stop there.  But, your Honor, it seems

4    like the easy fix here is to amend the schedule to

5    allow the parties to just amend their discovery

6    request so that, as Mr. Lynch says, he feels like he's

7    jammed up today.  As we work through discovery and

8    supplement our Interrogatories, like we're likely to

9    do based on our investigation and based on the

10    discovery we expect to get from Mr. Duffy, they can

11    then propound additional discovery requests based on

12    that.

13         THE COURT:  Okay.  Mr. Cyrluk, what do you

14    want to say?

15         MR. CYRLUK:  Your Honor, it's been three

16    minutes and 30 seconds that Mr. Farrell spoke.  And if

17    he was in a deposition, I'd ask him this:  Do you

18    remember the Court's question?  The Court asked:

19    Mr. Farrell, are you alleging that they took any other

20    trade secrets?  It's a yes or no.  He didn't answer

21    the question.  He filibustered.  He would have been

22    great talking head on one of the talk shows talking

23    politics, but he hasn't answered the question, what

24    else do you allege that we took?  And it's

Transcript of Proceedings
July 26, 2024

1    insufficient to say data, code.  You have to identify.

2    And he likes to talk about this inevitable disclosure.

3    Well, you have stuff.  We don't know what you have,

4    but you have stuff, and it's inevitably disclosed.

5         Well, the leading case on that is that

6    Pepsico case.  That Pepsico case six days after an

7    employee left, they filed a complaint and a motion for

8    TRO and a motion for preliminary injunction.  In that

9    case, in the complaint and in the proceedings, they

10   identified specific documents.  They identified a

11   written document called a strategic plan.  They

12   identified a written document called the annual

13   operating plan.  They identified another written

14   document called the Tac Plan.  All of them were in

15   writing.  All of them had been marked confidential.

16   They talk about innovation and cited delivery systems

17   that they spent over a million dollars to develop back

18   in 1995.  All of that was in writing and it was

19   specifically identified to allow the Court in the

20   Pepsico case to analyze whether that is a trade secret

21   or not.  They haven't done that.  We've asked them,

22   tell us besides the Excel and the deck what

23   specifically are you claiming in the trade secret?

24   And they tried to flip it around on us by saying

Transcript of Proceedings
July 26, 2024

1    inevitable disclosure?  It's a yes-or-no question:

2    What did we take?  Start with that one and then he

3    says the second aspect is inevitable disclosure.

4    Disagree about the Excel and the deck.  He can talk

5    about all of that he wants.  But that's put aside or

6    the moment.  Besides those two documents what does he

7    allege we took?  If the answer is none, fine, we'll

8    move forward.  If it's the inevitable disclosure,

9    that's got its own failings.  He still has to identify

10    what we're inevitably going to disclose with

11    particularity.

12        THE COURT:  Isn't the preliminary

13    injunction -- I'm sorry, isn't the -- yeah,

14    preliminary injunction hearing set on the allegations

15    of the taking of the deck and the Excel.

16        MR. CYRLUK:  That is what we thought, but

17    they say there's more.  They just won't tell us what

18    that more is.

19        THE COURT:  So in the regular course of

20    discovery this will come to light, yes?

21        MR. FARRELL:  Yes.

22        MR. LYNCH:  Your Honor, I will say, okay, we

23    had an extensive negotiation about it.

24        THE COURT:  I remember.

Transcript of Proceedings
July 26, 2024

1          MR. LYNCH:  That, but, also, even after the

2    Court was involved, we had an extensive negotiation

3    about how discovery was going to proceed.  And the

4    very first thing that I told them in my raft response

5    to their initial scheduling order was, guys, the first

6    thing I need to know, I have to know what trade

7    secrets are we talking?  If, your Honor, I can just

8    very briefly explain, the discovery that we need to

9    conduct, the discovery that was due today is going to

10    be very different depending on what trade secrets they

11    claim there are.  So, for example, in the 30-category

12    list of possible trade secrets they gave us, one of

13    them is about pricing, okay?  If they claim that there

14    is some pricing information that is a trade secret,

15    they have to tell me what that is because one of the

16    deposition -- excuse me -- one of the Interrogatories

17    I'm going to ask them is tell me what part of your

18    pricing structure hasn't already been disclosed in

19    public bid packages.  Because in every public bid

20    package -- and that is the only way this company gets

21    business -- they have to make extensive disclosure.

22    If they say to me, no, Dan, the trade secret is the

23    technical details of the way our product works, I'll

24    have a different set of Interrogatories.  I'll be

Transcript of Proceedings
July 26, 2024

1    asking them where did they get it?  How is it

2    different from off-the-shelf products?  That sort of

3    thing.

4            THE COURT:  I mean, can you revamp your

5    Interrogatories to be more specific about what you're

6    looking for if I give you more time to do that?

7            MR. LYNCH:  Your Honor, I don't know, if the

8    Court was to look at the Interrogatories --

9            THE COURT:  I'm looking at them right now.

10            MR. LYNCH:  Your Honor is exactly right, can

11    you target them a little more closely?  The only way I

12    can target them is to start with this question:  Tell

13    me what your complaint is talking about.  And

14    that's -- I mean, what is your complaint talking

15    about?  Functionally, we included every allegation.

16    The reason there is eight on that and two on the

17    specifics -- there's ten Interrogatories, eight on the

18    allegations of the complaint that are just keyed up,

19    you know, you say this.  What does that mean?  And we

20    did it eight times because I wanted to make sure that

21    we weren't missing something.  The other two are about

22    the specific trade secrets that they did allege, and

23    that is nine and ten.  And if the Court --

24            THE COURT:  So is the answer, Mr. Farrell and

Transcript of Proceedings
July 26, 2024

1   Mr. Cyrluk that you're not sure -- I guess, what are

2   you saying, Mr. Lynch, if they flipped it around and

3   said what is a trade secret?

4        MR. LYNCH:  Kind of.  What Farrell said in

5   what he told the Court, as I understood it -- what he

6   said is, we can't tell you what the trade secrets are

7   until we get a look at Mr. Duffy's devices.  That is

8   what he said.

9        Now, we submitted a declaration for Mr. Duffy

10  that said two things.  Mr. Duffy's declaration in

11  connection with this motion said, number one, I'm the

12  founder of Citybase, and I have no idea what they are

13  talking about with trade secrets.  That is number one

14  thing he said.  And the second thing he said is that

15  Citybase has robust security measures that can tell

16  them exactly who took what when, and they utilized

17  those security procedures.  Mr. Farrell just talked

18  about how they used them and they specifically

19  apparently uncovered the e-mail sent, by the way, when

20  Mr. Lewis was a Citybase employee of documents to

21  himself.  We also have established in the TRO papers

22  and extensive record that that was entirely permitted,

23  the transmitting stuff to your personal devices was

24  not prohibited at Citybase, and they have never said

Transcript of Proceedings
July 26, 2024

1    otherwise.  Leave that aside, Mr. Farrell just told

2    the Court they are fully aware of what was taken.

3    Remember when he was talking about --

4        MR. FARRELL:  I said the opposite.

5        MR. LYNCH:  I'm sorry.  He just said, we have

6    been busy the last few weeks looking what these other

7    employees took, and he just said he had some evidence

8    that other employees took stuff and shared it with

9    Mr. Duffy.  That is essentially what he said.  So what

10   is important -- I don't think they can say, we'll tell

11   you what the trade secrets are as soon as you say what

12   you have.  And, by the way, they submitted a set of

13   Interrogatories that said, what do you have?  We

14   answered it, none, because Mr. Duffy, who will raise

15   his right hand -- he's on this call.  He will raise

16   his right hand and tell you I took no trade secrets

17   from Citybase.

18       THE COURT:  All right.  So a little bit of a

19   chicken and an egg problem.  Go ahead Mr. Bushofsky.

20       MR. BUSHOFSKY:  Sorry to jump in but these,

21   unfortunately, are a little bit of a free-for-all.  I

22   haven't been quite as in the weeds on this as Mr.

23   Farrell, so I hopefully can be a little bit more

24   objective -- of course, I'm an advocate, so there is a

Transcript of Proceedings
July 26, 2024

1    limit to that.

2         But the conundrum to me and the Catch 22

3    seems to be -- and I'm not going to ascribe anything

4    to opposing counsel.  They're doing their job.  But

5    we are in a situation where there position is:  Tell

6    us chapter and versus each and every one of your trade

7    secrets.  This is a big company and there is no rule

8    or obligation under your order for us to do that.

9    What each and every one of our trade secrets --

10        THE COURT:  They're not asking for all of the

11   trade secrets.  Aren't they asking what trade secrets

12   did he take?

13        MR. BUSHOFSKY:  That's the punch line, your

14   Honor, this is discovery that we're in now.  We don't

15   know what they took.  You just heard Mr. Lynch say,

16   you knew what we took because you say you have the

17   technology to know what we took.  Well, that is one

18   side of the coin.

19        We are entitled to know what they took.  So

20   we have an affidavit that says -- and the words were

21   very careful chosen clearly.  Mr. Duffy says that he

22   took no trade secrets.  Well, we know from Counsel

23   that they don't believe that we have any trade

24   secrets.  So Mr. Duffy could've taken a million things

Transcript of Proceedings
July 26, 2024

1    and the premise is, we have no trade secrets so in his

2    mind his statement is true.  We took no trade secrets

3    because you have no trade.  We need to know what they

4    took.

5          There is one problem that is a false premise

6    in this entire conversation, which is that our case is

7    only about trade secrets under this definition of

8    trade secrets in Illinois.  That is not true, your

9    Honor.  We have other claims in this case.

10          So if you're an executive of a company in

11    Illinois or Delaware or anywhere else in this country,

12    as far as I'm aware, you take things with you when you

13    leave that you're not entitled to keep, whether it's a

14    trade secret or a stapler, to be frank, you have

15    probably violated some duty to the company, including

16    fiduciary duty.

17          THE COURT:  Okay.  Let me just say something.

18    You know, when you're say identify what trade secrets

19    you took and then they identify something, then

20    they're I guess tasked with making an admission that

21    they were trade secrets, right?  Can you ask the

22    question?  Can you propound the Interrogatory in a way

23    that doesn't include -- that doesn't require them to

24    admit that they're -- what documents --

Transcript of Proceedings
July 26, 2024

1      MR. BUSHOFSKY:  Of course, your Honor, we can

2   ask them --

3      THE COURT:  Then you can subsequently make

4   the argument that they were trade secrets, right?

5      MR. BUSHOFSKY:  Right.  That is the order

6   that we think this should go in and that's the

7   opposite of what Counsel is saying.  They're saying

8   tell us all the trade secrets, and we will tell you

9   what we took.  We're saying, tell us what you took,

10   and we will tell you whether it's a problem or not.

11      And, your Honor, this can all happen in the

12   ordinary course.  We can supplement.  We have now

13   discovered through our own forensics and through their

14   answers and looking at whatever forensic information

15   that they give us regarding personal devices and

16   whatever we have asked for and whatever we are

17   entitled to, we can say, ah-ha, we found another trade

18   secret, we're supplementing.  We've found another

19   thing, maybe there's a dispute over whether it's a

20   trade secret or not, but taking that thing violated

21   their duties.  This is ordinary course stuff.

22      MR. CYRLUK:  Your Honor, may I?  This is

23   unbelievable.  I take my obligation under Rule 137

24   seriously and I hope my opponents do too.  They made

Transcript of Proceedings
July 26, 2024

1   an allegation in paragraph 103 of their complaint and

2   it says -- and this is the Interrogatories Number 2,

3   we asked them, other than the Excel and the deck,

4   identify with particularity and in detail all trade

5   secrets of plaintiffs that plaintiffs allege that,

6   quote -- this is their own complaint:  "Core, Duffy

7   and Lewis are in possession of it through Duffy and

8   Lewis's improper and unlawful extraction thereof from

9   plaintiff's systems," as alleged in plaintiff's first

10   amended complaint.  Now I know that doesn't relate to

11   inevitable disclosure because inevitable disclosure

12   does not talk about doing anything improper.  It says

13   just by virtue of you working there, you learn certain

14   things that even if you wanted to compartmentalize,

15   you know you didn't take with you necessarily in

16   paper, you saw them and then you inevitably disclosed

17   them.  That is not unlawful and it's not extraction.

18       So when they wrote those words, I assume they

19   did an investigation.  And so they had something in

20   mind.  And if it's just the deck and Excel, just say

21   so.  But if it's more, now is the time to put up or

22   shut up or they should have never made that

23   allegation.

24       THE COURT:  It does -- listen, it is the

Transcript of Proceedings
July 26, 2024

1    allegation made by the plaintiff, so plaintiff should

2    have to disclose what information supports that

3    allegation, right?  Is there a way to revise or

4    supplement these Interrogatories by taking the word

5    trade secrets out?

6         MR. LYNCH:  The answer to that would be,

7    sure.  In fact, if you look at the Interrogatories, it

8    also in several places talks about so-called

9    confidential information.  Also, if they -- I mean,

10    again, we are not talking about -- I'm happy to talk

11    about their Interrogatories to us, but Mr. Bushofsky

12    would like -- Mr. Bushofsky is complaining about their

13    Interrogatories to us, where he says, well, maybe we

14    didn't carefully ask the question because we defined

15    it to be confidential information and if they say

16    there is no confidential information, they would say

17    none.

18         But I'll say to the Court that Mr. Duffy was

19    the founder of Citybase.  He had a laptop.  He worked

20    there for nine-plus years.  The only computer device

21    he had was owned by Citybase and he left it there when

22    he left.  And Citybase has already established in this

23    situation that it has security architecture that

24    allows it to tell when employees are downloading stuff

Transcript of Proceedings
July 26, 2024

1    or sending stuff to their personal devices.  That came

2    up in the complaint.  It came up in the Amberde

3    (phonetic) declaration and it came up most recently in

4    Mr. Farrell's remarks to the Court because he said

5    that they have been investigating the things that the

6    other employees did after apparently after the TRO

7    meeting.

8         Mr. Bushofsky would like us to say, here is

9    what we have, okay?  Whether they do or don't answer

10   this trade secret Interrogatory, whether trade secrets

11   are or are not in this case, that is a question that

12   he can ask, but it's not going to change what trade

13   secrets are at issue in the case because the time to

14   make a trade secrets claim is in the complaint, and

15   the proof of that is in the pudding.  Because not only

16   is there this allegation that Mr. Cyrluk just read,

17   but they know they the obligation to disclose some

18   specific trade secret to get the ball rolling in this

19   case because they did it when they talked about the

20   Excel and the deck.

21        Now, if it turns out that somehow they find

22   out in discovery that somehow Mr. Duffy slipped past

23   their security architecture and took something that

24   they just are stunned that he somehow got his hands

Transcript of Proceedings
July 26, 2024

1    on, okay, well, then maybe we come back and they say

2    the defendants are playing dirty pool here and the

3    Court will take whatever action they take.  But right

4    now all we want to know is what is the complaint

5    talking about?  And they refuse to answer it.  And I

6    don't know how -- your Honor, there is a tremendous

7    amount of material that is out in the public domain,

8    not about this business generally -- of course, there

9    is -- but about Citybase specifically and the business

10   it does.  And depending on what they say the trade

11   secret that they are worried about Duffy using -- and,

12   remember, in all of these inevitable disclosure cases

13   there is specific disclosure, as Mr. Cyrluk said, what

14   is the harm in just forcing them to tell us what they

15   are worried about?

16          THE COURT:  What are you asking me for?

17          MR. LYNCH:  Right now I'm asking you to

18   either --

19          THE COURT:  This isn't a motion to compel,

20   right, to compel disclosure?  You're asking me to

21   compel him -- all right --

22          MR. LYNCH:  The Court asked a great question.

23   I can get right to it.

24          Right now we are supposed to have a hearing

Transcript of Proceedings
July 26, 2024

1   on the trade secrets and the other issues on

2   October 23rd.  We had built a schedule that required

3   them to disclose their trade secrets last Friday so

4   that so I submit trade secret discovery today.  Then

5   we are going to go off and do additional discovery.

6   So, I mean, I don't know.  I think the October 23rd

7   date is in jeopardy because hat date -- because the

8   discovery schedule is built up to get us to that date

9   and they have already used a week that -- they took a

10  week that they didn't have is my point and, yet, the

11  Court says by Monday, and I have to draft my discovery

12  by Wednesday?  I guess I could live with that, but

13  they have to tell me what the trade secrets are before

14  I draft my discovery because the discovery is going to

15  be different depending on what they tell me.

16          THE COURT:  I mean, it does seem like,

17  plaintiff, you're going to have to answer what you

18  know was taken, right?  Why wouldn't you?

19          MR. BUSHOFSKY:  As long as we can

20  supplement -- here is the problem I think is implicit

21  in what Counsel has been saying.

22          When he said if we discover through our own

23  investigation or through the materials we get from

24  Mr. Duffy, and, frankly, Mr. Farrell earlier was

Transcript of Proceedings
July 26, 2024

1   referring to something in good faith for the Court's

2   edification and for Counsel to let everyone know we

3   are still investigating this.  There are -- as far as

4   we know -- more and more people jumping ship and going

5   over to Mr. Duffy's new business.  We have reason to

6   believe -- and this is work product, your Honor.  We

7   are in the middle of it.  I can't make a specific

8   representation that a particular person took a

9   particular thing and that it was a trade secret.  I'm

10   not doing that right now just to be clear.

11       What I'm saying is we are seeing smoke around

12   other people who were recruited away from my client to

13   Mr. Duffy's new employer who took things, downloaded

14   things to their own personal devices --

15       THE COURT:  Is that part of your complaint?

16       MR. BUSHOFSKY:  No, it's something we learned

17   within the past few days.

18       THE COURT:  Go ahead.

19       MR. BUSHOFSKY:  We want to be able to

20   supplement and at some point before the preliminary

21   injunction hearing, as a practical matter, I agree

22   that the door should probably close so that we go to

23   this mini trial on a particular set of facts.  There

24   is no question about that.

Transcript of Proceedings
July 26, 2024

1          We are going to keep learning things and

2    they're going to keep learning things in discovery.

3    That is just the nature of discovery.  We will answer

4    the Interrogatory as best we can based on the

5    knowledge that we have today.  We know that at least

6    two trade secrets in our view of what trade secrets

7    are were absconded with by Mr. Lewis, and that is what

8    was in our complaint.  That was the nature of our TRO

9    papers.  We believe we'll continue to discover more

10    things were taken that we consider to be trade

11    secrets, and even if they're not trade secrets, it was

12    a breach of a duty for the people to take them.

13          THE COURT:  Those people -- is the allegation

14    that those people were under the direction of Duffy?

15          MR. BUSHOFSKY:  That wouldn't be the

16    allegation and we are not making that allegation yet.

17    If they were lured over to the new company by

18    Mr. Duffy or Mr. Lewis and around the same time they

19    were downloading a bunch of stuff from their then

20    current employer and then they popped up at the new

21    company a week later, which is the scenario we're

22    looking at now with one particular person, then that

23    would support a reasonable inference that they took it

24    for the new company, which is a defendant in this

Transcript of Proceedings
July 26, 2024

1   case.

2         I don't want to get too far into the weeds,

3   but I wanted to give your Honor an idea of what we are

4   arguing about here.  We have answered the

5   Interrogatories.  We will supplement them.  We can

6   supplement them tomorrow with the most up-to-date

7   information that we have.

8         THE COURT:  I think you should do that.

9         All right.  Let me hear from Mr. Cyrluk.

10        MR. CYRLUK:  I appreciate that but the

11  Interrogatories -- the rules, A, allow you to somewhat

12  keep your finger on the check.  You always have a duty

13  to supplement information you learn.  If there was any

14  doubt in every answer that Euna -- that plaintiffs

15  answer every single one of them, the very last

16  sentence of every Interrogatory says:  Euna reserves

17  the right to revise, supplement or clarify this

18  response based on any facts, documents, evidence or

19  other contentions that may develop or come to Euna's

20  attention at a later date.

21        They have already kept their finger on the

22  checker.  The Interrogatories that were due last

23  Friday asked them as of today, as of this writing,

24  tell us everything that you put in your complaint that

Transcript of Proceedings
July 26, 2024

1    you believe that Mr. Duffy and Mr. Lewis -- they love

2    their adjectives and adverbs, legally absconded, et

3    cetera.  But tell us -- as of last Friday they should

4    have been able to tell us besides the deck and Excel

5    it's these four pieces of paper.

6            THE COURT:  Right.

7            MR. CYRLUK:  And if the answer is none,

8    great.  And if they discover something later on, they

9    have a duty to seasonably supplement; that's the

10   rules.

11           THE COURT:  Right.  Listen, I have a 9:30

12   call that I'm late for so let's try and figure this

13   out.

14           Would it make sense to allow plaintiffs a

15   week to supplement their responses with the

16   information that you're seeking, Mr. Lynch?

17           MR. LYNCH:  So sure, but that means the

18   entire schedule is new.

19           THE COURT: Is it really?  How?

20           MR. LYNCH:  Respectfully it is, your Honor,

21   because we had --

22           THE COURT:  What do you need from me?

23           MR. LYNCH:  They want depositions, right?

24   You know, presumably when you prepare witnesses for

Transcript of Proceedings
July 26, 2024

1   deposition you get to say, here is what the plaintiffs

2   are alleging.  Do you know anything about that?  So I

3   can't really start doing any work on this case to get

4   people --

5         THE COURT:  So what is the date of the

6   hearing that we have?

7         MR. LYNCH:  October 23rd.

8         MR. BUSHOFSKY:  Your Honor, for the record,

9   our position -- the plaintiff's position is October

10   23rd was picked because of your Honor's schedule and

11   because of Counsel's schedule.  It's not because that

12   is the bare minimum amount of time that was needed to

13   conduct discovery.  A week here and there should not

14   derail the hearing date.

15        THE COURT:  If you want to put it over a

16   week, I can put it over a week.  We can do it

17   October 30th and the 31st and November 1st, if you

18   want to do that?

19        MR. LYNCH:  That would be fine, your Honor.

20        THE COURT:  You all want to do that?  It's a

21   Thursday and Friday the next week.  Why do I feel like

22   I have something in here for -- do we have a status in

23   September?

24        MR. FARRELL:  We do, your Honor.

Transcript of Proceedings
July 26, 2024

1      MR. LYNCH:  September 16th the Court's

2   already --

3      THE COURT:  That's just to see that things

4   were moving along, right?

5      MR. LYNCH:  That and also there's a motion to

6   dismiss that will be fully briefed and ready for your

7   Honor to rule on September 16th.

8      THE COURT:  That's a Monday, I'm surprised I

9   put it on Monday.

10      MR. BUSHOFSKY:  Your Honor, while you're

11   doing housekeeping, if you want to move that --

12      THE COURT:  Let's do that.

13      MR. LYNCH:  Respectfully, your Honor, that is

14   a date that there is no reason to move that.

15      THE COURT:  Except that for me there is.

16   Just because I know that this is going to take a lot

17   of time.  I'd be happier doing it on the 18th, if you

18   guys are happy with the 18th?

19      MR. LYNCH:  September 18th is fine.

20      THE COURT:  Again, at 1 o'clock?

21      MR. LYNCH:  That's fine.

22      THE COURT:  Let's do that.  Does that work

23   Alex or Ali, whoever has got the book?

24      CLERK ALI:  Yes, that works, Judge.

Transcript of Proceedings
July 26, 2024

1      THE COURT:  Okay, thank you, Ali.  So let's

2   move it to that Wednesday and then at least I'll have

3   a couple of -- so this is two motions to dismiss and

4   then a hearing and status on discovery, right?  The

5   company valuation, is that also --

6      MR. BUSHOFSKY:  I think that has been

7   resolved.

8      THE COURT:  Okay, good, I'll take that out.

9   Okay, good.  So then --

10      MR. LYNCH:  That issue has not been resolved

11   unless they just want to cave.

12      MR. BUSHOFSKY:  I'm sorry, I thought we had

13   come to an agreement on that.

14      MR. LYNCH:  That issue has not been resolved.

15   I mean I'm happy if it has been resolved because that

16   means they are withdrawing their motion.

17      MR. BUSHOFSKY:  What happened last time, your

18   Honor, is they -- in response to your reasonable

19   request, they agreed to leave that steel indefinitely

20   because we are talking about months from now they want

21   some answer on that --

22      THE COURT:  Can we agreed to keep that sealed

23   Mr. Lynch?

24      MR. LYNCH:  That was another one of the

Transcript of Proceedings
July 26, 2024

1   motions that the Court set for September 16.

2   Certainly it can be sealed until then if that's what

3   they want.  But the idea that we're just going to

4   perpetually seal stuff that makes no sense to seal

5   is --

6        THE COURT:  Is that motion going to be

7   briefed?

8        MR. LYNCH:  It has briefed, I believe.

9        THE COURT:  Then I'll here it on that day on

10  the 18th.  So let's move everything that was on the

11  16th let's move it to the 18th at 1:00, okay?  Let's

12  do that.  And then so we are going to move this

13  hearing, the preliminary injunction hearing, by a

14  week; is that right?

15       MR. BUSHOFSKY:  So we are talking about

16  Halloween and the Day of the Dead.

17       THE COURT:  That's right.  Is that

18  appropriate?

19       MR. FARRELL:  We'll come in costume, your

20  Honor.

21       THE COURT:  All right.  Wouldn't that be

22  funny.

23       MR. FARRELL:  Your Honor, we will supplement

24  the responses as I hope all parties will do.  What I

Transcript of Proceedings
July 26, 2024

1    suggested at the beginning of this:  If either party

2    has an issue and needs to propound additional

3    discovery based on supplemented discovery responses,

4    I'd be happy to propose amending the schedule to allow

5    the parties to do that.

6         THE COURT:  Do you even want to set a date?

7    I mean, it's best to lock things in but if this is

8    going to keep happening.

9         MR. BUSHOFSKY:  No.  We want Halloween, your

10   Honor, as the date and we'll live with it.  Even that

11   means that Mr. Lynch and his colleagues get to put a

12   stake in our claims and we have to go in on Halloween

13   with fewer than all of our potential claims, that is

14   the breaks, I guess, but we'll do what we can in

15   discovery until then.

16        MR. LYNCH:  Just to be clear, today's order

17   is going to reflect that within a week they are going

18   to give us actual answers to the Interrogatories that

19   we submitted to them already?

20        MR. BUSHOFSKY:  We said we're going to

21   supplement, your Honor, and here's a representation

22   I'll make for the record:

23        These things that I alluded to that we are

24   investigating, we are in the middle of investigating,

Transcript of Proceedings
July 26, 2024

1  we will do our damndest, excuse the language, to get

2  that to a place where that can be part of the

3  supplement.  If we determine in good faith that the

4  thing that I was talking about, which does not involve

5  Mr. Lewis or Mr. Duffy individually but relates to one

6  of the other relatively high-level employees who moved

7  to the defendant, that will be part of our

8  supplementation if we've got it.

9          MR. LYNCH:  Let me say this, your Honor, they

10  are trying to take a series of depositions of people.

11  I don't think it's fair for us to have to present

12  anybody for deposition and then later find out that

13  they are going to tell us that so and so did what

14  Mr. Lewis did and while they were an employee sent an

15  e-mail to themselves.

16          MR. BUSHOFSKY:  Your Honor, that's --

17          THE COURT:  Wait, listen, listen, let's give

18  them an opportunity to supplement the discovery.  I'm

19  not going to start jumping into hypotheticals right

20  now.  We don't have those facts.  Take a week,

21  supplement the discovery.  If there are still problems

22  I guess come back but, you know, I don't know what

23  else to tell you.

24          MR. BUSHOFSKY:  Your Honor, just one thing on

Transcript of Proceedings
July 26, 2024

1    the depositions, this is not unique for this case in

2    any way.  No one in this Court, as far as I'm aware,

3    is entitled to have all paper discovery done before

4    any percipient fact witness can be deposed.  It's

5    really my disadvantage and my problem if I chose to

6    take someone's deposition, and I don't have all of

7    those person's documents yet, and that's a strategic

8    decision.  If I want to take -- sometimes plaintiff's

9    lawyers take a CEO's deposition on the first day.

10    Certainly no paper has been exchanged but they want to

11    catch he or she flatfooted and show they don't know

12    anything about these supposedly important issues.  It

13    happens all the time.  We are not going to take

14    depositions to harass people or take them early to do

15    any sort of "got you" because we are not going to pull

16    out something at a deposition that we should have

17    given to Mr. Lynch in discovery before the deposition.

18    But if I choose, your Honor, to take someone's

19    deposition tomorrow before I've gotten one piece of

20    paper from Mr. Lynch, that may be stupid on my part,

21    that might not be serving my client that well in his

22    view, but that's my problem not his problem.  He has

23    the information.

24         THE COURT:  All right.  I'm shutting this

Transcript of Proceedings
July 26, 2024

1   down, guys, because you guys get on the phone with

2   each other if you want to fight with each other.  We

3   made a decision, you're going to supplement within a

4   week and follow the schedule if you want to shift

5   everything by one week, then that is fine.  Do that in

6   the schedule and put it in an order and we'll come

7   back in September and have a hearing on those motions,

8   okay?

9          MR. LYNCH:  Thank you, your Honor.

10          MR. FARRELL:  Thank you, Judge.

11          MR. CYRLUK:  Thank you.

12                (Whereupon, at 9:51 a.m. an

13                 adjournment was taken.)

14

15

16

17

18

19

20

21

22

23

24

Transcript of Proceedings
July 26, 2024

1    STATE OF ILLINOIS )
                     ) SS:
2    COUNTY OF C O O K )

3

4

5        Linda A. Barger, being first duly sworn on

6    oath says that she is a court reporter doing business

7    in the City of Chicago; that she reported in shorthand

8    the proceedings given at the taking of said hearing

9    and that the foregoing is a true and correct

10   transcript of her shorthand notes so taken as

11   aforesaid and contains all the proceedings given at

12   said hearing.

13

14

15        Linda A. Barger, CSR
16          License No.:  084-004442

17

18

19

20

21

22

23

24

Transcript of Proceedings
July 26, 2024

**1**

**1**
  28:20
**103**
  18:1
**137**
  17:23
**16**
  30:1
**16th**
  8:2 28:1,7
  30:11
**18th**
  28:17,18,19
  30:10,11
**1995**
  9:18
**1:00**
  30:11
**1st**
  27:17

**2**

**2**
  18:2
**22**
  15:2
**23rd**
  22:2,6 27:7,
  10

**3**

**30**
  8:16
**30-category**
  11:11
**30th**
  27:17
**31st**
  27:17

**9**

**9:30**
  26:11
**9:51**
  34:12

**A**

**a.m.**
  34:12
**able**
  6:8 7:4
  23:19 26:4
**absconded**
  24:7 26:2
**access**
  6:17
**accounts**
  5:24 6:3
**acting**
  6:12
**action**
  21:3
**activities**
  6:8
**actual**
  31:18
**additional**
  4:1,20 8:11
  22:5 31:2
**adjectives**
  26:2
**adjournment**
  34:13
**admission**
  16:20
**admit**
  16:24
**adverbs**
  26:2
**advocate**
  14:24
**affidavit**
  15:20

**agents**
  6:9
**agree**
  23:21
**agreed**
  4:8,16
  29:19,22
**agreement**
  4:3 29:13
**ah-ha**
  17:17
**ahead**
  14:19 23:18
**Alex**
  28:23
**Ali**
  28:23,24
  29:1
**allegation**
  5:6,8,14
  12:15 18:1,
  23 19:1,3
  20:16 24:13,
  16
**allegations**
  4:10 10:14
  12:18
**allege**
  8:24 10:7
  12:22 18:5
**alleged**
  4:11 18:9
**alleging**
  4:23 5:1
  8:19 27:2
**allow**
  7:14 8:5
  9:19 25:11
  26:14 31:4
**allows**
  19:24
**alluded**
  31:23
**Amberde**
  20:2
**amend**
  7:14 8:4,5

**amended**
  18:10
**amending**
  31:4
**amount**
  21:7 27:12
**analyze**
  9:20
**annual**
  9:12
**answer**
  4:6 8:20
  10:7 12:24
  19:6 20:9
  21:5 22:17
  24:3 25:14,
  15 26:7
  29:21
**answered**
  8:23 14:14
  25:4
**answers**
  17:14 31:18
**anybody**
  32:12
**apparently**
  13:19 20:6
**appears**
  6:10
**appreciate**
  25:10
**appropriate**
  30:18
**architecture**
  19:23 20:23
**arguing**
  25:4
**argument**
  17:4
**around**
  9:24 13:2
  23:11 24:18
**ascribe**
  15:3
**asked**
  8:18 9:21
  17:16 18:3

21:22 25:23

**asking**
12:1 15:10,
11 21:16,17,
20

**aspect**
10:3

**asserting**
7:10

**assume**
3:3 18:18

**attention**
25:20

**aware**
14:2 16:12
33:2

---

**B**

---

**back**
9:17 21:1
32:22 34:7

**ball**
20:18

**bare**
27:12

**based**
5:21 6:6
7:20 8:9,11
24:4 25:18
31:3

**beginning**
31:1

**behalf**
3:12

**believe**
15:23 23:6
24:9 26:1
30:8

**besides**
5:14 9:22
10:6 26:4

**best**
24:4 31:7

**bid**
11:19

**big**
15:7

**bit**
14:18,21,23

**book**
28:23

**breach**
24:12

**breaks**
31:14

**brief**
3:24

**briefed**
28:6 30:7,8

**briefly**
11:8

**built**
22:2,8

**bunch**
24:19

**Bushofsky**
3:5 14:19,20
15:13 17:1,5
19:11,12
20:8 22:19
23:16,19
24:15 27:8
28:10 29:6,
12,17 30:15
31:9,20
32:16,24

**business**
11:21 21:8,9
23:5

**busy**
14:6

---

**C**

---

**call**
14:15 26:12

**called**
9:11,12,14

**careful**
15:21

**carefully**
19:14

**cart**
7:5

**case**
3:3 9:5,6,9,
20 16:6,9
20:11,13,19
25:1 27:3
33:1

**cases**
21:12

**catch**
15:2 33:11

**cave**
29:11

**CEO**
5:23

**CEO's**
33:9

**certain**
6:5 18:13

**Certainly**
30:2 33:10

**cetera**
26:3

**change**
20:12

**chapter**
15:6

**chase**
7:9

**check**
25:12

**checker**
25:22

**chicken**
14:19

**choose**
33:18

**chose**
33:5

**chosen**
15:21

**cited**
9:16

**Citybase**
13:12,15,20,
24 14:17

19:19,21,22
21:9

**claim**
5:17 11:11,
13 20:14

**claiming**
9:23

**claims**
16:9 31:12,
13

**clarify**
25:17

**clear**
5:3,6,8
23:10 31:16

**clearly**
15:21

**CLERK**
28:24

**client**
5:19 6:10,17
23:12 33:21

**close**
23:22

**closely**
12:11

**code**
9:1

**coin**
15:18

**colleague**
3:6

**colleagues**
31:11

**come**
10:20 21:1
25:19 29:13
30:19 32:22
34:6

**comes**
7:16

**company**
11:20 15:7
16:10,15
24:17,21,24
29:5

Transcript of Proceedings
July 26, 2024

compartmental
ize
  18:14
compel
  8:2 21:19,
  20,21
complaining
  19:12
complaint
  3:20 4:11,22
  5:5,6,7 9:7,
  9 12:13,14,
  18 18:1,6,10
  20:2,14 21:4
  23:15 24:8
  25:24
completed
  4:5
computer
  19:20
conduct
  11:9 27:13
confidential
  9:15 19:9,
  15,16
connection
  13:11
consider
  24:10
conspired
  5:18
constitutes
  6:23
contentions
  25:19
continue
  24:9
conundrum
  15:2
conversation
  16:6
conversations
  4:2
Core
  3:9 18:6
costume
  30:19

could've
  15:24
counsel
  7:10,24
  15:4,22 17:7
  22:21 23:2
Counsel's
  27:11
country
  16:11
couple
  29:3
course
  5:12 10:19
  14:24 17:1,
  12,21 21:8
court
  3:1,3,8,14,
  18 4:4,14
  5:1,10,13
  8:1,13,18
  9:19 10:12,
  19,24 11:2
  12:4,8,9,23,
  24 13:5
  14:2,18
  15:10 16:17
  17:3 18:24
  19:18 20:4
  21:3,16,19,
  22 22:11,16
  23:15,18
  24:13 25:8
  26:6,11,19,
  22 27:5,15,
  20 28:3,8,
  12,15,20,22
  29:1,8,22
  30:1,6,9,17,
  21 31:6
  32:17 33:2,
  24
Court's
  8:18 23:1
  28:1
crystal
  5:8

current
  24:20
customer
  6:18
cut
  7:9
Cyrluk
  3:11,12,15
  7:2 8:13,15
  10:16 13:1
  17:22 20:16
  21:13 25:9,
  10 26:7
  34:11

D

damndest
  32:1
Dan
  11:22
Daniel
  3:9
data
  9:1
date
  22:7,8 25:20
  27:5,14
  28:14 31:6,
  10
day
  30:9,16 33:9
days
  9:6 23:17
Dead
  30:16
deadline
  4:1
decision
  33:8 34:3
deck
  4:13,15 5:7,
  15 9:22
  10:4,15
  18:3,20
  20:20 26:4

declaration
  13:9,10 20:3
defendant
  3:13 24:24
  32:7
defendants
  5:7 6:7 21:2
defendants'
  7:21
defense
  7:10,24
defined
  19:14
definition
  16:7
Delaware
  16:11
delivery
  9:16
depending
  11:10 21:10
  22:15
deposed
  33:4
deposition
  8:17 11:16
  27:1 32:12
  33:6,9,16,
  17,19
depositions
  26:23 32:10
  33:1,14
derail
  27:14
designed
  4:18
detail
  18:4
details
  11:23
determine
  4:19 32:3
develop
  9:17 25:19
device
  19:20

devices
  6:2 13:7,23
  17:15 20:1
  23:14
different
  11:10,24
  12:2 22:15
digging
  5:22
direction
  24:14
dirty
  21:2
disadvantage
  33:5
Disagree
  10:4
disclose
  10:10 19:2
  20:17 22:3
disclosed
  4:22 9:4
  11:18 18:16
disclosure
  6:15 9:2
  10:1,3,8
  11:21 18:11
  21:12,13,20
discover
  22:22 24:9
  26:8
discovered
  17:13
discovery
  3:22 4:2 6:1
  7:4,6,8,11,
  15,16,17
  8:1,5,7,10,
  11 10:20
  11:3,8,9
  15:14 20:22
  22:4,5,8,11,
  14 24:2,3
  27:13 29:4
  31:3,15
  32:18,21
  33:3,17

dismiss
  28:6 29:3
dispute
  7:8 8:1
  17:19
doctrine
  6:16
document
  9:11,12,14
documents
  5:20 9:10
  10:6 13:20
  16:24 25:18
  33:7
doing
  15:4 18:12
  23:10 27:3
  28:11,17
dollars
  9:17
domain
  21:7
door
  23:22
doubt
  25:14
downloaded
  23:13
downloading
  19:24 24:19
draft
  22:11,14
due
  11:9 25:22
Duffy
  3:9,16 5:18,
  22 6:2,10,12
  7:12 8:10
  13:9 14:9,14
  15:21,24
  18:6,7 19:18
  20:22 21:11
  22:24 24:14,
  18 26:1 32:5
Duffy's
  6:17 7:3
  13:7,10

  23:5,13
duties
  17:21
duty
  16:15,16
  24:12 25:12
  26:9

─────────────
        E
─────────────

e-mail
  13:19 32:15
earlier
  22:24
early
  33:14
easiest
  7:18
easy
  7:22 8:4
edification
  23:2
egg
  14:19
eight
  4:9 12:16,
  17,20
either
  7:19 21:18
  31:1
emergencies
  7:24
emergency
  3:2,19 7:8,
  10
employee
  6:18 9:7
  13:20 32:14
employees
  14:7,8 19:24
  20:6 32:6
employer
  23:13 24:20
entered
  4:4,16
entire

  16:6 26:18
entirely
  13:22
entitled
  15:19 16:13
  17:17 33:3
essentially
  14:9
established
  13:21 19:22
et
  26:2
Euna
  25:14,16
Euna's
  25:19
everybody
  3:1
everyone
  23:2
evidence
  14:7 25:18
exactly
  12:10 13:16
Excel
  4:12,15 5:7,
  15 9:22
  10:4,15
  18:3,20
  20:20 26:4
exchanged
  33:10
excuse
  11:16 32:1
executive
  16:10
existence
  4:12
expect
  8:10
explain
  11:8
extensive
  10:23 11:2,
  21 13:22
extent
  6:1,3 7:15

Transcript of Proceedings
July 26, 2024

**extraction**
  18:8,17

———————————————
              **F**
———————————————

**fact**
  6:21 7:13
  19:7 33:4
**facts**
  23:23 25:18
  32:20
**failings**
  10:9
**fair**
  32:11
**faith**
  23:1 32:3
**false**
  16:5
**far**
  6:7 16:12
  23:3 25:2
  33:2
**Farrell**
  3:5 5:16
  8:16,19
  10:21 12:24
  13:4,17
  14:1,4,23
  22:24 27:24
  30:19,23
  34:10
**Farrell's**
  20:4
**feel**
  27:21
**feels**
  8:6
**fewer**
  31:13
**fiduciary**
  16:16
**fight**
  34:2
**figure**
  26:12

**file**
  8:2
**filed**
  9:7
**filibustered**
  8:21
**find**
  20:21 32:12
**fine**
  10:7 27:19
  28:19,21
  34:5
**finger**
  25:12,21
**first**
  4:5 11:4,5
  18:9 33:9
**fix**
  7:18,22 8:4
**flatfooted**
  33:11
**flip**
  9:24
**flipped**
  13:2
**follow**
  34:4
**forcing**
  21:14
**forensic**
  5:21,24
  17:14
**forensics**
  17:13
**forward**
  10:8
**found**
  17:17,18
**founder**
  13:12 19:19
**four**
  26:5
**frank**
  16:14
**frankly**
  7:19 22:24

**free-for-all**
  14:21
**Friday**
  4:6 22:3
  25:23 26:3
  27:21
**full**
  6:3 7:13
**fully**
  14:2 28:6
**Functionally**
  12:15
**funny**
  30:22
**furthering**
  3:21

———————————————
              **G**
———————————————

**gave**
  11:12
**generally**
  21:8
**give**
  12:6 17:15
  25:3 31:18
  32:17
**given**
  33:17
**goes**
  6:19
**going**
  7:20 10:10
  11:3,9,17
  15:3 20:12
  22:5,14,17
  23:4 24:1,2
  28:16 30:3,
  6,12 31:8,
  17,20 32:13,
  19 33:13,15
  34:3
**good**
  3:1,11,18
  23:1 29:8,9
  32:3

**great**
  8:22 21:22
  26:8
**GTY**
  3:3
**guess**
  13:1 16:20
  22:12 31:14
  32:22
**guys**
  11:5 28:18
  34:1

———————————————
              **H**
———————————————

**Halloween**
  30:16 31:9,
  12
**hand**
  14:15,16
**hands**
  20:24
**happen**
  17:11
**happened**
  29:17
**happening**
  31:8
**happier**
  28:17
**happy**
  7:14 19:10
  28:18 29:15
  31:4
**harass**
  33:14
**harm**
  21:14
**hat**
  22:7
**head**
  8:22
**hear**
  25:9
**heard**
  15:15

hearing
  4:16 10:14
  21:24 23:21
  27:6,14 29:4
  30:13 34:7
helpful
  3:21
high-level
  32:6
Honor
  3:10,11,23
  5:12,16 6:6,
  16,19 7:4,7,
  19 8:3,15
  10:22 11:7
  12:7,10
  15:14 16:9
  17:1,11,22
  21:6 23:6
  25:3 26:20
  27:8,19,24
  28:7,10,13
  29:18 30:20,
  23 31:10,21
  32:9,16,24
  33:18 34:9
Honor's
  7:23 27:10
hope
  17:24 30:24
Horan
  3:2
horse
  7:6
housekeeping
  28:11
hypotheticals
  32:19

I

idea
  13:12 25:3
  30:3
identified
  9:10,12,13,
  19

identify
  7:3 9:1 10:9
  16:18,19
  18:4
Illinois
  6:21,24 7:1
  16:8,11
implicit
  22:20
important
  14:10 33:12
improper
  18:8,12
include
  16:23
included
  12:15
including
  16:15
indefinitely
  29:19
individually
  32:5
inevitable
  6:15 9:2
  10:1,3,8
  18:11 21:12
inevitably
  9:4 10:10
  18:16
inference
  6:4 24:23
information
  4:21 6:11,19
  11:14 17:14
  19:2,9,15,16
  25:7,13
  26:16 33:23
initial
  11:5
injunction
  9:8 10:13,14
  23:21 30:13
innovation
  9:16
insufficiency
  7:21

insufficient
  9:1
Interrogatori
es
  3:20,21 4:7,
  9,10,18 8:8
  11:16,24
  12:5,8,17
  14:13 18:2
  19:4,7,11,13
  25:5,11,22
  31:18
Interrogatory
  6:6,20,23
  7:21 16:22
  20:10 24:4
  25:16
introduce
  3:4
investigating
  6:13 20:5
  23:3 31:24
investigation
  5:21 8:9
  18:19 22:23
involve
  32:4
involved
  11:2
issue
  20:13 29:10,
  14 31:2
issues
  4:15,19 7:6
  22:1 33:12

J

jammed
  8:7
Jane
  3:6
Jeff
  3:5
Jeffrey
  3:5

jeopardy
  22:7
job
  15:4
Jonathan
  3:12
Judge
  3:2 28:24
  34:10
jump
  14:20
jumping
  23:4 32:19

K

keep
  16:13 24:1,2
  25:12 29:22
  31:8
kept
  25:21
keyed
  4:10 12:18
Kind
  13:4
knew
  4:8 15:16
know
  5:17,19 6:5,
  13 9:3 11:6
  12:7,19
  15:15,17,19,
  22 16:3,18
  18:10,15
  20:17 21:4,6
  22:6,18
  23:2,4 24:5
  26:24 27:2
  28:16 32:22
  33:11
knowledge
  24:5

## L

language
  32:1
laptop
  19:19
late
  26:12
law
  6:21,24
lawyers
  33:9
leading
  9:5
learn
  18:13 25:13
learned
  23:16
learning
  24:1,2
leave
  14:1 16:13
  29:19
led
  4:2
left
  5:19,21 6:9
  9:7 19:21,22
legally
  26:2
Lewis
  3:13 5:18,20
  6:1 13:20
  18:7 24:7,18
  26:1 32:5,14
Lewis's
  18:8
light
  10:20
likes
  9:2
limit
  15:1
limited
  6:6

line
  15:13
list
  6:19 11:12
listen
  18:24 26:11
  32:17
lists
  6:18
little
  5:4 12:11
  14:18,21,23
live
  22:12 31:10
lock
  31:7
long
  22:19
look
  6:8 12:8
  13:7 19:7
looking
  12:6,9 14:6
  17:14 24:22
looks
  3:6
lot
  28:16
love
  26:1
lured
  24:17
Lynch
  3:9,23 5:3,
  12 7:2 8:6
  10:22 11:1
  12:7,10
  13:2,4 14:5
  15:15 19:6
  21:17,22
  26:16,17,20,
  23 27:7,19
  28:1,5,13,
  19,21 29:10,
  14,23,24
  30:8 31:11,
  16 32:9

  33:17,20
  34:9

## M

M-O-E-L-L-E-R
  3:15
made
  17:24 18:22
  19:1 34:3
make
  11:21 12:20
  17:3 20:14
  23:7 26:14
  31:22
makes
  5:6 30:4
making
  16:20 24:16
marked
  9:15
material
  21:7
materials
  22:23
matter
  5:10,11
  23:21
Mcgraw
  3:6
mean
  12:4,14,19
  19:9 22:6,16
  29:15 31:7
means
  26:17 29:16
  31:11
measures
  13:15
meeting
  20:7
middle
  23:7 31:24
million
  9:17 15:24
mind
  16:2 18:20

mini
  23:23
minimum
  27:12
minutes
  8:16
missing
  12:21
Moeller
  3:12,14,15
moment
  10:6
Monday
  22:11 28:8,9
months
  29:20
morning
  3:1,11
motion
  3:2,19,23
  9:7,8 13:11
  21:19 28:5
  29:16 30:6
motions
  8:2 29:3
  30:1 34:7
move
  10:8 28:11,
  14 29:2
  30:10,11,12
moved
  32:6
moving
  28:4

## N

nature
  24:3,8
necessarily
  18:15
need
  6:1 7:4,16,
  20 11:6,8
  16:3 26:22
needed
  27:12

needs
  31:2
negotiation
  10:23 11:2
never
  13:24 18:22
nine
  12:23
nine-plus
  19:20
non-public
  6:18
note
  3:16
November
  27:17
number
  13:11,13
  18:2

O

objective
  14:24
obligation
  15:8 17:23
  20:17
October
  22:2,6 27:7,
  9,17
off-the-shelf
  12:2
okay
  3:8,14,18
  4:22 8:13
  10:22 11:13
  16:17 20:9
  21:1 29:1,8,
  9 30:11 34:8
one
  8:22 10:2
  11:12,15,16
  13:11,13
  15:6,9,17
  16:5 24:22
  25:15 29:24
  32:5,24

33:2,19 34:5
operating
  9:13
opponents
  17:24
opportunity
  32:18
opposing
  15:4
opposite
  14:4 17:7
order
  4:3,16 7:23
  11:5 15:8
  17:5 31:16
  34:6
ordinary
  17:12,21
outlined
  6:22
owned
  19:21

P

package
  11:20
packages
  11:19
paper
  18:16 26:5
  33:3,10,20
papers
  13:21 24:9
paragraph
  18:1
part
  11:17 23:15
  32:2,7 33:20
particular
  23:8,9,23
  24:22
particularity
  10:11 18:4
parties
  3:4 8:5

30:24 31:5
party
  7:19 31:1
past
  20:22 23:17
people
  6:12 23:4,12
  24:12,13,14
  27:4 32:10
  33:14
Pepsico
  9:6,20
percipient
  33:4
permitted
  13:22
perpetually
  30:4
person
  23:8 24:22
person's
  33:7
personal
  6:2 13:23
  17:15 20:1
  23:14
phone
  34:1
phonetic
  20:3
picked
  27:10
piece
  33:19
pieces
  26:5
place
  32:2
places
  19:8
plaintiff
  19:1 22:17
plaintiff's
  18:9 27:9
  33:8
plaintiffs
  3:7 4:6 18:5

25:14 26:14
  27:1
plan
  9:11,13,14
playing
  21:2
please
  4:24
pled
  6:4
poached
  6:10
point
  4:21 22:10
  23:20
politics
  8:23
pool
  21:2
popped
  24:20
position
  15:5 27:9
possession
  7:4 18:7
possible
  3:24 11:12
potential
  31:13
practical
  23:21
prejudice
  7:19
preliminary
  9:8 10:12,14
  23:20 30:13
premise
  16:1,5
prepare
  26:24
present
  3:17 7:18
  32:11
presumably
  26:24
pricing

11:13,14,18
**probably**
  16:15 23:22
**problem**
  14:19 16:5
  17:10 22:20
  33:5,22
**problems**
  32:21
**procedures**
  13:17
**proceed**
  11:3
**proceedings**
  9:9
**process**
  4:4
**product**
  11:23 23:6
**products**
  12:2
**profiles**
  6:18
**prohibited**
  13:24
**prompts**
  7:16
**proof**
  20:15
**propose**
  31:4
**propound**
  7:11,17 8:11
  16:22 31:2
**public**
  11:19 21:7
**pudding**
  20:15
**pull**
  33:15
**punch**
  15:13
**put**
  10:5 18:21
  25:24 27:15,
  16 28:9
  31:11 34:6

**putting**
  7:5

_____

**Q**

_____

**question**
  8:18,21,23
  10:1 12:12
  16:22 19:14
  20:11 21:22
  23:24
**quite**
  14:22
**quote**
  18:6

_____

**R**

_____

**raft**
  11:4
**raise**
  14:14,15
**raised**
  6:15
**rare**
  7:24
**read**
  20:16
**ready**
  28:6
**real**
  7:10
**reason**
  12:16 23:5
  28:14
**reasonable**
  24:23 29:18
**recall**
  4:14
**recently**
  20:3
**record**
  3:4,16 13:22
  27:8 31:22
**recruited**
  23:12

**referring**
  23:1
**reflect**
  3:16 31:17
**refuse**
  21:5
**regarding**
  17:15
**regular**
  10:19
**relate**
  18:10
**relates**
  32:5
**remarks**
  20:4
**remember**
  8:18 10:24
  14:3 21:12
**reporter**
  3:3
**representatio
n**
  23:8 31:21
**request**
  8:6 29:19
**requests**
  7:11,15,17
  8:11
**require**
  16:23
**required**
  22:2
**reserves**
  25:16
**resolved**
  4:14 29:7,
  10,14,15
**respect**
  5:24
**Respectfully**
  26:20 28:13
**response**
  11:4 25:18
  29:18
**responses**
  3:20 6:7,20,

23 7:7,21
  26:15 30:24
  31:3
**revamp**
  12:4
**revise**
  19:3 25:17
**right**
  12:9,10
  14:15,16,18
  16:21 17:4,5
  19:3 21:3,
  17,20,21,23,
  24 22:18
  23:10 25:9,
  17 26:6,11,
  23 28:4 29:4
  30:14,17,21
  32:19 33:24
**robust**
  13:15
**role**
  6:17
**rolling**
  20:18
**room**
  3:17
**rule**
  15:7 17:23
  28:7
**rules**
  25:11 26:10
**running**
  7:24

_____

**S**

_____

**saying**
  9:24 13:2
  17:7,9 22:21
  23:11
**says**
  6:16 7:23
  8:6 10:3
  15:20,21
  18:2,12
  19:13 22:11

25:16

**scenario**
24:21

**schedule**
4:8 7:14 8:4
22:2,8 26:18
27:10,11
31:4 34:4,6

**scheduled**
4:17

**scheduling**
4:3 11:5

**seal**
30:4

**sealed**
29:22 30:2

**seasonably**
26:9

**second**
10:3 13:14

**seconds**
8:16

**secret**
5:20 7:1,3,
12 9:20,23
11:14,22
13:3 16:14
17:18,20
20:10,18
21:11 22:4
23:9

**secrets**
4:12,20,24
5:2,14,16
6:24 8:20
11:7,10,12
12:22 13:6,
13 14:11,16
15:7,9,11,
22,24 16:1,
2,7,8,18,21
17:4,8 18:5
19:5 20:10,
13,14 22:1,
3,13 24:6,11

**security**
13:15,17

19:23 20:23

**see**
28:3

**seeing**
23:11

**seeking**
26:16

**sending**
20:1

**sense**
26:14 30:4

**sentence**
25:16

**September**
8:2 27:23
28:1,7,19
30:1 34:7

**series**
4:9 32:10

**seriously**
17:24

**served**
4:7

**serving**
33:21

**set**
4:6 10:14
11:24 14:12
23:23 30:1
31:6

**several**
19:8

**shared**
14:8

**shift**
34:4

**ship**
23:4

**show**
33:11

**shows**
8:22

**shut**
18:22

**shutting**
33:24

**side**
15:18

**single**
25:15

**situation**
15:5 19:23

**slipped**
20:22

**smoke**
23:11

**so-called**
4:15 19:8

**software**
5:24

**someone's**
33:6,18

**sort**
12:2 33:15

**speak**
3:22

**specific**
7:17 9:10
12:5,22
20:18 21:13
23:7

**specifically**
4:11 9:19,23
13:18 21:9

**specifics**
12:17

**spent**
9:17

**spoke**
8:16

**stake**
31:12

**standing**
7:23

**stapler**
16:14

**start**
10:2 12:12
27:3 32:19

**stated**
5:17

**statement**
16:2

**status**
27:22 29:4

**statute**
7:1

**steel**
29:19

**step**
4:5

**Steve**
3:12

**stop**
8:3

**strategic**
9:11 33:7

**structure**
11:18

**stuff**
5:9 9:3,4
13:23 14:8
17:21 19:24
20:1 24:19
30:4

**stunned**
20:24

**stupid**
33:20

**subjected**
5:22,23

**submit**
4:1 22:4

**submitted**
13:9 14:12
31:19

**subsequently**
17:3

**suggested**
31:1

**supplement**
7:15 8:8
17:12 19:4
22:20 23:20
25:5,6,13,17
26:9,15
30:23 31:21
32:3,18,21
34:3

Transcript of Proceedings
July 26, 2024

**supplementation**
  32:8
**supplemented**
  31:3
**supplementing**
  17:18
**support**
  24:23
**supports**
  19:2
**supposed**
  21:24
**supposedly**
  33:12
**sure**
  5:19  12:20
  13:1  19:7
  26:17
**surprised**
  28:8
**systems**
  9:16  18:9

―――――――――――――

          **T**

―――――――――――――

**Tac**
  9:14
**take**
  10:2  15:12
  16:12  17:23
  18:15  21:3
  24:12  28:16
  29:8  32:10,
  20  33:6,8,9,
  13,14,18
**taken**
  5:2,14  6:5
  14:2  15:24
  22:18  24:10
  34:13
**taking**
  10:15  17:20
  19:4
**talk**
  8:22  9:2,16
  10:4  18:12

  19:10
**talked**
  13:17  20:19
**talking**
  8:22  11:7
  12:13,14
  13:13  14:3
  19:10  21:5
  29:20  30:15
  32:4
**talks**
  19:8
**target**
  12:11,12
**tasked**
  16:20
**technical**
  11:23
**technology**
  15:17
**tell**
  4:24  6:6
  9:22  10:17
  11:15,17
  12:12  13:6,
  15  14:10,16
  15:5  17:8,9,
  10  19:24
  21:14  22:13,
  15  25:24
  26:3,4
  32:13,23
**ten**
  12:17,23
**thank**
  29:1  34:9,
  10,11
**theft**
  6:23
**thereof**
  18:8
**thing**
  11:4,6  12:3
  13:14  17:19,
  20  23:9
  32:4,24

**things**
  6:5,22  13:10
  15:24  16:12
  18:14  20:5
  23:13,14
  24:1,2,10
  28:3  31:7,23
**think**
  7:9  14:10
  17:6  22:6,20
  25:8  29:6
  32:11
**thought**
  10:16  29:12
**three**
  8:15
**Thursday**
  27:21
**time**
  12:6  18:21
  20:13  24:18
  27:12  28:17
  29:17  33:13
**times**
  12:20
**today**
  4:1  7:2  8:7
  11:9  22:4
  24:5  25:23
**today's**
  31:16
**told**
  11:4  13:5
  14:1
**tomorrow**
  25:6  33:19
**trade**
  4:12,20,23
  5:2,14,16,20
  6:24  7:1,3,
  12  8:20
  9:20,23
  11:6,10,12,
  14,22  12:22
  13:3,6,13
  14:11,16
  15:6,9,11,

  22,23  16:1,
  2,3,7,8,14,
  18,21  17:4,
  8,17,20  18:4
  19:5  20:10,
  12,14,18
  21:10  22:1,
  3,4,13  23:9
  24:6,10,11
**transmitting**
  13:23
**tremendous**
  21:6
**trial**
  23:23
**tricky**
  5:4
**TRO**
  4:16  9:8
  13:21  20:6
  24:8
**true**
  6:14  7:23
  16:2,8
**try**
  3:24  26:12
**trying**
  5:5  32:10
**turns**
  20:21
**two**
  5:20  10:6
  12:16,21
  13:10  24:6
  29:3
**two-fold**
  5:17
**two-step**
  4:4

―――――――――――――

          **U**

―――――――――――――

**unbelievable**
  17:23
**uncovered**
  13:19

Transcript of Proceedings
July 26, 2024

**understand**
6:3
**understood**
13:5
**unique**
33:1
**unlawful**
18:8,17
**unlearn**
6:21
**unpack**
5:5
**up-to-date**
25:6
**utilized**
13:16

---

**V**

**valuation**
29:5
**versus**
15:6
**view**
4:21 24:6
33:22
**violated**
16:15 17:20
**virtue**
6:16 18:13
**visibility**
7:13

---

**W**

**Wait**
32:17
**want**
7:2 8:14
21:4 23:19
25:2 26:23
27:15,18,20
28:11 29:11,
20 30:3
31:6,9 33:8,
10 34:2,4

**wanted**
12:20 18:14
25:3
**way**
11:20,23
12:11 13:19
14:12 16:22
19:3 33:2
**Wednesday**
22:12 29:2
**weeds**
14:22 25:2
**week**
22:9,10
24:21 26:15
27:13,16,21
30:14 31:17
32:20 34:4,5
**weeks**
14:6
**withdrawing**
29:16
**witness**
33:4
**witnesses**
26:24
**word**
19:4
**words**
5:4 15:20
18:18
**work**
8:7 23:6
27:3 28:22
**worked**
19:19
**working**
18:13
**works**
11:23 28:24
**worried**
21:11,15
**writing**
9:15,18
25:23
**written**
4:1 9:11,12,

13
**wrote**
18:18

---

**Y**

**yeah**
10:13
**years**
19:20
**yes-or-no**
10:1

---

**Z**

**Zoom**
3:17