Exhibit 7

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| GTY TECHNOLOGY HOLDINGS, INC., d/b/a EUNA SOLUTIONS and CITYBASE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WONDERWARE, INC. (d/b/a CORE BUSINESS TECHNOLOGIES), MICHAEL DUFFY, and CHRISTOPHER LEWIS, <br><br> Defendants. | 2024 CH 04952 |

## ORDER

This Order is entered following the Court's hearing on Defendants' Motion to Re-Set Schedule and to Compel. That Motion is granted in part as reflected below and on the record and the original Scheduling Order are modified to provide for the following hearing schedule:

A. Plaintiffs' Motion for Preliminary Injunction is set for October 31 and November 1, 2024 (and the previously set dates of October 23 and 24, 2024 are stricken).

B. Defendants' Motions to Dismiss (and all other matters previously set for September 16, 2024, including discovery status) are now set for September 18, 2024 at 1:00 p.m. by zoom 956 5899 1093, PW 129359.

C. The Agreed Scheduling Order submitted July 12, 2024 is stricken and the following order entered in its place;

IT IS HEREBY ORDERED:

1. All Parties shall by July 12, 2024, serve initial interrogatories. The Parties shall answer their respective initial interrogatories no later than July 19, 2024. Plaintiffs shall submit supplemental answers to Defendants initial Interrogatories by August 2, 2024

2. All Parties shall serve additional written discovery by August 9, 2024. Responses to Plaintiffs' requests for production served prior to July 12, 2024 shall be served by August 19, 2024; responses to written other discovery shall be served by September 9, 2024. Documents may be produced on a rolling basis in response to requests for production, and (as to requests submitted as of the date of this Order) the parties will substantially complete production by September 11, 2024. As to document requests not yet served,

Defendants will make best efforts to substantially complete production by September 16, 2024. Discovery motions pertaining to written discovery (including, for the avoidance of doubt, requests for production) shall be presented on or before the September 18, 2024 discovery status conference previously set by the Court.

3. The Parties shall produce for deposition, subject to witness availability, all non-third party fact witnesses they intend to offer in support of or opposition to Plaintiffs' Motions for Preliminary Injunction, to be conducted prior to September 20, 2024. Plaintiffs shall make their best efforts to produce their witnesses during the week of September 16. Defendants shall make their best efforts to produce their witnesses during the week of September 23. Notwithstanding the preceding sentences in this paragraph, the parties reserve all rights to notice depositions at the time of their choosing, and to object to such notices, subject to the applicable rules.

4. Subject to their availability, depositions of third-party witnesses offered by the parties in support of, or in opposition to, the preliminary injunction will be conducted on a schedule convenient to the third-party witnesses, to be conducted prior to September 27, 2024.

5. Any expert disclosures shall be made by October 2, 2024, and depositions of any such experts shall be conducted during the week of October 7, 2024.

6. Plaintiffs shall file their revised preliminary injunction motion setting forth the specific relief requested and the grounds therefore on or before August 5, 2024.

7. Plaintiffs shall file their opening brief in support of their preliminary injunction motion on or before September 30, 2024 (provided that they are entitled to file a supplement with any discovery or expert material developed during or after the preparation of that brief).

8. Defendants shall file any opposition brief on or before October 18, 2024 (provided that they are entitled to file a supplement with any discovery or expert material developed during or after the preparation of that brief).

9. Plaintiffs shall file any reply brief on or before October 25, 2024 (provided that they are entitled to file a supplement with any discovery or expert material developed during or after the preparation of that brief).

ENTER:

/s/ *Cecilia A. Horan*　　　Judge No. 2186
Meeting ID: 956 5899 1093
Password: 129359
Dial-in: 312-626-6799

Judge Cecilia A. Horan

JUL 29 2024

Circuit Court - 2186

Order Prepared by:
Daniel Lynch
Amy Kanarowski

LYNCH THOMPSON, LLP #60040  
150 S. Wacker Drive Suite 1600  
Chicago, IL 60606  
312 346 1600  
Docketing@lynchthompson.com  
Counsel for CORE and Duffy