Exhibit 13

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| GTY TECHNOLOGY HOLDINGS, INC., d/b/a EUNA SOLUTIONS and CITYBASE, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | 2024 CH 04952 |
| | ) ) | |
| v. | ) ) | |
| WONDERWARE, INC. (d/b/a CORE BUSINESS TECHNOLOGIES), MICHAEL DUFFY, and CHRISTOPHER LEWIS, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter, coming to be heard on: (1) Defendants CORE and Duffy's Motion to Strike Trade Secrets Issues from the Upcoming Preliminary Injunction Hearing Based on Plaintiffs' Failure to Honor the Court's July 26 Order and Lewis's Joinder thereto ("CORE/Duffy Motion") and (2) Plaintiffs' Motion for Protective Order and to Compel In Light of Defendants' Destruction of Evidence ("Plaintiffs' Motion"), the parties present through counsel and the Court advised in the premises,

IT IS HEREBY ORDERED:

1. The CORE/Duffy Motion and Lewis' Joinder are granted in part and resolved as follows:
    a. Plaintiffs shall provide additional supplementation to their supplemental responses to the trade secret interrogatories by no later than September 5, 2024;
    b. By agreement, Plaintiffs' Motion for Preliminary Injunction is taken off the calendar, and the previously set dates of October 31 and November 1, 2024 are stricken; and
    c. All discovery shall proceed as provided in the Illinois Supreme Court Rules.

2. Plaintiffs' Motion is entered and continued to the discovery status of September 18, 2024;

   a. Counsel for the parties shall confer on a schedule for spoliation discovery; and

   b. Counsel for the parties shall confer on the form of a Confidentiality Order.

3. The existing discovery status set September 18, 2024 at 1:00 pm via Zoom shall stand.

ENTER:

/s/ *Cecilia A. Horan*     Judge No. 2186

Meeting ID: 956 5899 1093
Password: 129359
Dial-in: 312-626-6799

Prepared by:
Lynch Thompson LLP (#60040)
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
312-346-1600/312-667-9231 (fax)
docketing@lynchthompson.com
Attorneys for Defs. CORE and Duffy

Judge Cecilia A. Horan
AUG 16 2024
Circuit Court - 2186