Exhibit 14

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| GTY TECHNOLOGY HOLDINGS, INC., d/b/a EUNA SOLUTIONS and CITYBASE, INC., <br><br>Plaintiff, <br><br>v. <br><br>WONDERWARE, INC. (d/b/a CORE BUSINESS TECHNOLOGIES), MICHAEL DUFFY, and CHRISTOPHER LEWIS, <br><br>Defendants. | 2024 CH 04952 |

## ORDER

This matter, coming to be heard on: (i) Plaintiffs' Motion for Voluntary Dismissal ("Dismissal Motion"); (ii) Defendants' Motion for a Finding of Bad Faith Assertion of Trade Secrets Claim and for Supreme Court Rule 137 Sanctions ("Sanctions Motion"); (iii) Plaintiffs' Motion to Seal Excerpts of the Declaration of Michael Duffy ("Motion to Seal"); and (iv) Plaintiffs' Motion to Strike Defendants' Motion for a Finding of Bad Faith Assertion of Trade Secrets Claim and for Supreme Court Rule 137 Sanctions ("Motion to Strike"), the parties present through counsel and the Court advised in the premises,

IT IS HEREBY ORDERED:

1. The Dismissal Motion is granted, and this case is hereby dismissed without prejudice. Plaintiffs have tendered costs to Defendants. The Court shall maintain jurisdiction over the pending motions (the Motion to Seal and Motion to Strike). All deadlines and conferences except those explicitly noted below are hereby vacated, including the status conference previously scheduled for September 25, 2024 at 9:30 a.m..

2. The Motion to Seal is entered and continued.

3. The Motion to Strike is entered and continued.

4. The Court grants Defendants' leave to amend the Sanctions Motion, with such amendment to be filed no later than October 2, 2024. Plaintiffs' deadline to respond to

the motion shall be October 30, 2024, with Defendants' reply, if any, due no later than November 20, 2024.

5. Clerk's status will be set for November 25, 2024, at 8:45 am via email, at which time Movant will provide courtesy copies of the motion, related briefs, and other relevant pleadings to this Court by email to ccc.chancerycalendar9@cookcountyil.gov. Parties do not need to appear on this date. A hearing date will be coordinated via email after these courtesy copies are received.

ENTER:

/s/ *Cecilia A. Horan*     Judge No. 2186

Meeting ID: 956 5899 1093
Password: 129359
Dial-in: 312-626-6799

*Judge Cecilia A. Horan*
*SEP 23 2024*
*Circuit Court - 2186*

Order prepared by:

ROPES & GRAY LLP (Firm ID: 47644)
Jeffrey J. Bushofsky
Timothy R. Farrell
191 N. Wacker Drive
32nd Floor
Chicago, IL 60606
jeffrey.bushofsky@ropesgray.com
timothy.farrelll@ropesgray.com