IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GTY TECHNOLOGY HOLDINGS INC. d/b/a EUNA SOLUTIONS and CITYBASE, INC., | Case No. 1:24-cv-09069 |
| Plaintiffs, | Honorable Jeremy C. Daniel |
| v. | |
| WONDERWARE, INC. (d/b/a CORE BUSINESS TECHNOLOGIES), MICHAEL DUFFY, and CHRISTOPHER LEWIS, | |
| Defendants. | |

## OPPOSITION TO DEFENDANTS' REQUEST FOR EXTENSION

Plaintiffs GTY Technology Holdings Inc., d/b/a Euna Solutions ("Euna") and CityBase, Inc. ("CityBase" and, together with Euna, "Plaintiffs"), by and through their undersigned attorneys, oppose Defendants' Motion for Extension of Time to File Motions Responsive to Plaintiffs' Amended Complaint (Dkt. 31):

1. Defendants Duffy, Lewis, and CORE's dilatory tactics continue. This time, Defendants seek a 25-day extension to their deadline to respond to Plaintiffs' Amended Complaint, which Plaintiffs filed on December 5, 2024, at the insistence of Duffy's counsel. (Dkt. 31-1.)

2. For background, Defendants have already made two requests from this Court for an extension of time to file responsive pleadings:

- On October 18, 2024, Defendants filed a Joint Motion to Suspend Time to Answer or Otherwise Plead and Set Status Hearing, requesting to suspend Defendants' responsive pleading deadline indefinitely. (Dkt. 8.) This Court denied Defendants' Motion to Suspend on October 23, 2024, and ordered Defendants to file responsive pleadings on or before November 20, 2024. (Dkt. 17.)

- On November 18, 2024, Defendants filed a Motion for Extension of Time, requesting a 7-day extension. (Dkt. 18.) This Court granted Defendants' Motion for Extension of Time and ordered Defendants to file responsive pleadings on or before November 27, 2024. (Dkt. 21.)

3. In between seeking extensions in this Court, on November 7, 2024, Duffy filed a Second Motion for Temporary Restraining Order in his state court lawsuit against Euna and CityBase, seeking to enjoin Euna and CityBase from seeking damages in their arbitration proceeding against Duffy.

4. At a November 12, 2024, presentment of Duffy's state court Second Motion for Temporary Restraining Order, Duffy's counsel said:

> So there's been a couple of things that Mr. Farrell has said that were interesting, that I think might be the fodder for some of the briefing on this. **I mean, it sounds like Mr. Farrell is saying, it's not their intention to seek damages against Duffy in Federal Court. Well, that's not what the Federal Court complaint expresses, but maybe they want to fix that; maybe GTY and CityBase want to fix their Federal Court pleading, I don't know. We haven't answered it yet. So, perhaps, if that's their intention, they could take action in Federal Court to make clear that they're not doing what it seems to us clearly they are doing. If that's their intention, then perhaps they could moot this issue by doing that.**

Exh. 1, Transcript, November 12, 2024, at 18:23–19:12.

5. In reliance on Duffy's counsel's statement, Euna and CityBase's Cook County counsel ("Illinois Counsel") and their counsel in the federal case ("Federal Counsel") worked together to clarify that Euna and CityBase were not seeking damages against Duffy in the federal case.

6. On November 26, 2024, Federal Counsel presented Duffy's counsel with a proposed stipulation, clarifying that the federal case was not seeking damages against Duffy in any capacity. (Defendants' Exh. 1.) Duffy's counsel responded "[i]f you want to change your complaint, there is an established procedure under Fed. R. Civ. P. 15 that you should follow. Given

our deadlines tomorrow, if you decide to go the Rule 15 route, it would be helpful if you could let us know today." (*Id.*)

7. On December 5, 2024, Euna/CityBase filed their Amended Complaint. The changes in the Complaint to make it an Amended Complaint were not substantial. Indeed, a review of a redline, provided to Duffy's counsel by Illinois Counsel on December 6, 2024, shows that the vast majority of revisions were to clarify that Euna/CityBase's claims in federal court are not seeking damages against Duffy. (*See* Exh. 2, Redline of Amended Complaint vs. Original Complaint.)

8. Fed. R. Civ. P. 15(a)(3) provides a party 14-days to file a responsive pleading to an Amended Complaint. Defendants Lewis, Duffy, and CORE's request for ***nearly three times*** the time afforded by the Federal Rules—especially considering the insubstantial nature of the changes made to the Amended Complaint—reveals Defendants true purpose to delay these proceedings.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request this Court deny Defendants' request for yet another and order Defendants to file responsive pleadings no later than December 19, 2024.

Dated: December 13, 2024  Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Brady C. McMillin*
Christine Bestor Townsend, Esq. (IL ID 6299096)
Brady C. McMillin, Esq. (IL ID 6341846)
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
Phone: (312) 558-1237
Fax: (312) 807-3619
*christine.townsend@ogletree.com*
*brady.mcmillin@ogletree.com*

Daniel P. O'Meara, Esq.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
Phone: (215) 995-2833
Fax: (215) 995-2801
*dan.omeara@ogletree.com*
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 13th day of December, 2024, the foregoing **Opposition to Defendants' Request for Extension** was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

Daniel Francis Lynch
Amy J. Kanarowski
Lynch Thompson LLP
150 South Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 346-1600
*dlynch@lynchthompson.com*
*akanarowski@lynchthompson.com*
Attorneys for Defendants CORE and Duffy


Jonathan M. Cyrluk
Steven Christopher Moeller
Carpenter Lipps LLP
180 N. LaSalle Street
Ste. 2105
Chicago, IL 60601
312-777-4820
*cyrluk@carpenterlipps.com*
*moeller@carpenterlipps.com*
Attorneys for Defendant Lewis

                                                                     */s/ Brady C. McMillin*