# EXHIBIT 4

| **From:** | Mike Duffy |
| **To:** | Tom Amburgey; Brenna Lenchak |
| **Cc:** | Christopher Lewis; Lucas Brictson; Brett Derby |
| **Subject:** | Termination and Transition |
| **Date:** | Sunday, January 21, 2024 10:16:54 PM |

> **Caution:** This email originated outside the organization. Please take care when clicking links or opening attachments unless you recognize the sender's email address and believe the content is safe

Hi Tom and Brenna,

I hope everyone had a nice weekend. I am sending this email to memorialize the communications regarding my termination and reference some important transition notes that I have identified. I understand that more formal communications will follow.

On Jan 9th I was constructively terminated and was waiting for more coordination and detail from Euna before announcing to staff to reduce the impact of the announcement itself. The SLT email raised some questions but was manageable. The email regarding the Jan 29-30 on-site in Chicago however, caused significant disruption and was received 57 minutes before our weekly scheduled all-hands. I was forced to announce to the staff at the all hands meeting, farewell address that I read is below.

I informed the staff that my last day in the office was that day (Friday Jan 19) but I would still be engaged for some period of time for transition tasks. In practice, I expect we can complete important and obvious tasks quickly and that you may need my assistance from time to time for a longer duration, which I am happy to support. Once we complete the primary transition tasks Luke Brictson can initiate the deactivation process here for off-boarding which will take effect instantly.

I will be taking Mon and Tues (Jan 22-23) as PTO and then available Wed-Fri (Jan 24-26). I believe we can complete critical transition items by EOW.

For your immediate needs and ongoing, I recommend directing general business inquiries and requests to Chris Lewis, and IT and Technology inquiries requests to Luke Brictson.

October marked 10 years on this journey for me and what we built here exceeded any of my expectations. I am grateful for the opportunity to work in this industry and make an impact in the world and I owe that to the more than 200 people who have chosen to work at CityBase over that time. Please take care of the 75 that remain.

I am grateful for the opportunity to operate CityBase over the last 18 months since the transaction and proud to be leaving CityBase in the best health and position in its history. I wish you all the best in the future and will be rooting for you. My heart will always be here.

Most sincerely,
Mike Duffy


*Transition topics*
Banking, wire authority (Brian and I are the only authorities)

Key IT passwords (if I am superadmin, for most I believe Luke and I have dual)
Delegation of Authority (confirm there are none)
Customer communications (if desired)


*Personal items*
I am removing my personal effects from the office with the exception of a few pieces of art that I bought for the office and have no immediate use for. I would like to keep those here until I find space for them or until you ask me to have them removed (List below). The rest of the painted art belongs to a local artist friend of mine and is on loan for a monthly fee that I have personally paid through January. I will have her remove the art unless Euna desires to continue payments which are $500/month.

Mike Art:
8' wide empty factory photo in bar area
Vestra Board in desk area
Community Board in common area


*Reference communications*
Jan 9: Tom informed me that I was constructively terminated, asked me to consider staying on through Feb 29. In discussion with Tom I decide to wait to announce until more detail is available.

Jan 16: I indicate willingness to support transition and request transition expectations from Tom, with the understanding expectations would be presented to me Jan 19 or Jan 22. Tom asks me to think about critical day-to-day responsibilities in the interim.

Jan 19: Email invitation for meeting in Chicago 10 days from then to discuss integration is sent to CityBase team.


*Farewell Address*
I have news
Today is my last day in the office
My last official day will follow some transition work
I am so grateful for all of you
Over ten years and many chapters and challenges
We have created tremendous value for clients and their constituents
That value creation gave us the rare opportunity to be acquired
A special and rare event that was beneficial for so many

But part of M&A is change
Time has come to change the leadership of CityBase
This was not my decision
But ultimately it was not my decision to make

We all have been part of something truly special
It has been the privilege of my professional life to build it with you
It will always be a part of my identity and my heart

CityBase is its people and I have been humbled and honored over 10 years
To have such brilliant and talented people associate themselves with me

I know this is a big change, and likely a surprise. Many of you will wonder what it means for you and I want to assure you that you are a strong and capable team and that EUNA sees that.

While I won't be here to steer this ship I'll be confident in, impressed by and honored by the amazing work you do here.

Remember that while it's natural for change to bring anxiety and uncertainty, its also true that change brings opportunity and growth.

Thank you for making this company what it is and what it will become. I will always be a champion of the company and even moreso of each of you as individuals.

When I look back, at the beginning I could not have foreseen the changes ahead and all of the phases of the companies growth and the tremendous accomplishments we've shared. I won't deny that it's a tough moment, this place is part of me.

But remembering that journey, how wonderful and unexpected it was, gives me great faith that there are equally momentous and wonderful things ahead. For me, for the company, for you.

You have heard me many times give farewell toasts to colleagues by saying "Thank you for your service."

I would like to say to you today, "Thank you for letting me be of service."
--
Michael Duffy
Chief Executive Officer
m: 312.925.9911

**CITYBASE**
thecitybase.com
A Euna Solutions Brand